HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Mark Gardberg, Nevada Bar No. 10879
mjg@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendant Andrew Fonfa*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, an individual ANDREW S. FONFA, an individual;; DAVID JACOBY, an individual; and LUCKY DRAGON LP<br><br>Defendants. | Case No. 2:19-cv-00595-JAD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rule 6-1, Plaintiff Snow Covered Capital, LLC and Defendant Andrew Fonfa, by and through their respective undersigned counsel, hereby stipulate and agree that the stipulating Defendant shall have up to and including June 18, 2019, to respond to Plaintiff's Complaint.

///

///

///

///

///

An extension is necessary to allow the stipulating Defendant and his counsel adequate time to investigate and evaluate the allegations contained in the Complaint. This is the first request by these Defendants for an extension of time to respond to the Complaint. This request is made in good faith and is not for the purpose of causing undue delay.

SNELL & WILMER, LLP

/s/ Bob Olson

Bob L. Olson, Nevada Bar No. 3783
Nathan G. Kanute, Nevada Bar No. 12413
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Snow Covered Capital, LLC*

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Robert Hernquist

Robert Hernquist, Nevada Bar No. 10615
Mark J. Gardberg, Nevada Bar No. 10879
3800 Howard Hughes, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant Andrew Fonfa*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated June 10, 2019