Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NC 89169
Telephone: (702) 784-5200
Email: bolson@swlaw.com
 nkanute@swlaw.com

James D. McCarthy (*admitted pro hac*)
Jason P. Fulton (*admitted pro hac*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
 jfulton@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No.: 2:19-cv-00595-JAD-NJK |
| Plaintiff, | **DECLARATION OF BOB L. OLSON, ESQ. IN SUPPORT OF EMERGENCY MOTION FOR LEAVE TO TAKE DEPOSITION OF JOHN KNOTT PRIOR TO F.R.C.P. 26(f) CONFERENCE DUE TO IMMINENT DEATH OF WITNESS** |
| vs. | |
| WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, | |
| Defendants. | |

I, BOB L. OLSON, ESQ., declare as follows:

1. I am an attorney licensed to practice law in the State of Nevada with the law firm of Snell & Wilmer L.L.P., and one of the counsel for Snow Covered Capital ("SCC").

2. I have personal knowledge of the matters described herein would testify thereto in open Court if called as a witness.

4826-1923-2411

3. I make this Declaration in support of the Emergency Motion for Leave to Take Deposition of John Knott Prior to F.R.C.P. 26(f) Conference Due to Imminent Death of Witness (the "Motion").

4. John Knott is an Executive Vice President of CBRE/Global Gaming Group ("CBRE").

5. Mr. Knott assisted Snow Covered Capital, LLC ("SCC") in marketing the property located at 300 W. Sahara Avenue, Las Vegas, Nevada, commonly known as the Lucky Dragon Hotel & Casino (the "Property").

6. There is litigation involving SCC that relates to the Property pending before the United States Bankruptcy Court for the District of Nevada, Case No. 18-01111-mkn (the "Bankruptcy Action") and before the United States District Court for the District of Nevada, Case No. 2:19-005950-JAD-NJK (the "District Court Action").

7. Mr. Knott has or may have knowledge of facts that are relevant to the Bankruptcy Action and the District Court Action.

8. On Friday June 7, 2019, SCC's counsel first learned that Mr. Knott was recently diagnosed with metastatic Stage IV pancreatic cancer. I am also advised that Mr. Knott may have as little as one month remaining in his life.

9. On Wednesday June 12, 2019, I reached out to a number of attorneys involved in the Bankruptcy Action and the District Court Action to try to coordinate an emergency deposition of Mr. Knott. The initial attorneys I reached out to included: Robert Atkinson and Robyn Sokol, counsel for Lucky Dragon Hotel & Casino, LLC, Jeanette McPherson and Doug Gerrard, counsel for Lucky Dragon, LP, Nick Santoro and Andy Glendon, counsel for David Jacoby and William Weidner in the District Court Action, and Robert Hernquist, counsel for Andrew Fonfa in the District Court Action.

10. In an effort to discuss a short deposition of Mr. Knott, most but not all of the counsel participated in a "meet and confer" conference on the morning of Saturday June 15, 2019. The parties that participated in the June 15, 2019 meet and confer were unable to agree upon the terms or conditions of a deposition of Mr. Knott.

4826-1923-2411

11. A true and correct copy of the email chain leading up to the June 15, 2019 meet and confer is attached hereto as **Exhibit "1."**

12. Following the meet and confer, counsel for SCC elected to further consider internally the need to take Mr. Knott's deposition.

13. On Saturday June 15, 2019, I sent an email to the counsel identified in paragraph 9 of this declaration as well as to Mark Gardberg, an additional attorney for Andrew Fonfa, and Oliver Pancheri, an additional attorney for William Weidner and David Jacoby, requesting that they provide SCC with dates and times when they were available to attend a deposition of Mr. Knott. This was done in order to try to obtain a date and time for Knott's deposition in the event SCC ultimately elected to proceed with the deposition. The only attorney who responded with a list of dates was Doug Gerrard who indicated he was available after 1:00 p.m. on either the 20th or 21st. The other counsel who responded did not provide any dates and times but instead objected to the deposition. A true and correct copy of the email chain is attached hereto as **Exhibit "2."**

14. Due to the resistance from counsel in setting a date and time for Mr. Knott's deposition, I circulated an email to counsel indicating that the deposition would be noticed for June 25, 2019 at 1:30 p.m. *See* Exhibit 2. So far not one of the opposing counsel has consented to the deposition on that date and time.

15. On June 21, 2019 I sent a confirming email to counsel for the various affected people and entities that we would be filing the now-pending emergency motion. I received the following responses:

   a. Robert Atkinson, counsel for Lucky Dragon Hotel & Casino, LLC, Trustee Brian Shapiro, consented to a telephonic hearing on Monday, June 24, 2019;

   b. Doug Gerrard, counsel for Lucky Dragon, LP, Trustee Shelley Krohn, consented to a telephonic hearing on Monday, June 24, 2019;

   c. Nick Santoro, counsel for William Weidner and David Jacoby, does not object to an expedited hearing but requests the opportunity to file a written opposition before the hearing;

- 3 -

4826-1923-2411

      d. Robert Hernquist, counsel for Andrew Fonfa does not object to an expedited hearing but requests the opportunity to file a written opposition before the hearing.

      e. No other responses were received prior to this filing

16. SCC would like to take the deposition of Mr. Knott for June 25, 2019 at 1:30 p.m. in the Bankruptcy Action and the District Court Action in the event that the Courts will allow it to proceed. If the Courts do not authorize the deposition for that date and time, I am informed and believe that Mr. Knott is willing to make himself available for a short deposition Monday, July 1 or Tuesday, July 2, 2019, subject to his continued ability to testify. SCC proposes that deposition of Mr. Knott be taken for use in both the Bankruptcy Action and the District Court Action.

17. SCC proposes that any deposition be limited to approximately two hours in length with SCC being given 30 minutes to examine Mr. Knott, representatives of the guarantors in the District Court Action being given 30 minutes collectively to examine Mr. Knott, representatives of Lucky Dragon Hotel & Casino, LLC being given 30 minutes to examine Mr. Knott and representatives of Lucky Dragon, LP being given 30 minutes to examine Mr. Knott. Mr. Knott suggested this time limit based on his health.

18. Movant's office address and telephone numbers are above the caption. The office addresses and telephone numbers for the other affected parties are as follows:

      a. Doug Gerrard, counsel for Lucky Dragon, LP Trustee Shelley Krohn

         2450 St. Rose Parkway, Suite 200, Henderson, NV 89074. Phone: 702.796.4000

      b. Nick Santoro, Oliver J. Pancheri, and Andy Glendon, counsel for William Weidner and David Jacoby

         10100 W. Charleston Blvd, Ste. 250, Las Vegas, NV 89135. Phone: 702.948.8771

      c. Robert E. Atkinson, counsel for Lucky Dragon Hotel & Casino, LLC, Trustee Brian Shapiro

         376 E Warm Springs Rd, Ste 130, Las Vegas, NV 89119. Phone: 702.614.0600

      d. Jeanette E. McPherson, counsel for Lucky Dragon, LP Trustee Shelley Krohn

         2850 South Jones Boulevard, Ste. 1 Las Vegas, NV 89146. Phone: 702.228.7590

4826-1923-2411

e. Robert W. Hernquist and Mark J. Gardberg, counsel for Andrew Fonfa

3800 Howard Hughes Parkway, Ste. 1000, Las Vegas, NV 89169, Phone: 702.257.1483

f. Robyn B. Sokol, counsel for Lucky Dragon Hotel & Casino, LLC Trustee Brian Shapiro

21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367. Phone: 818-827-9000

19. I declare under penalty of perjury under the laws of the United States and NRS 53.045 that the foregoing is true and correct.

DATED this 21st day of June 2019.

_____
BOB L. OLSON, ESQ.

4826-1923-2411

# INDEX OF EXHIBITS
## TO
## DECLARATION OF BOB L. OLSON, ESQ. IN SUPPORT OF EMERGENCY MOTION FOR LEAVE TO TAKE DEPOSITION OF JOHN KNOTT PRIOR TO F.R.C.P. 26(f) CONFERENCE DUE TO IMMINENT DEATH OF WITNESS

| No. | Description | Pages |
|---|---|---|
| 1 | June 12-14, 2019 email chain | 1-7 |
| 2 | June 14-21, 2019 email chain | 8-14 |

- 6 -

4826-1923-2411