NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       opancheri@santoronevada.com
*Attorneys for Defendants William Weidner
and David Jacoby*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM WEIDNER, ANDREW S. FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>Defendants.<br>SHELLEY D. KROHN, Chapter 7 Trustee of the LUCKY DRAGON, LP Estate,<br><br>Counterclaimant,<br><br>vs.<br><br>SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC<br><br>Counterdefendants. | Case No. 2:19-cv-00595-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF No. 50) AND MOTIONS TO STRIKE (ECF Nos. 51, 52, AND 53) AND ANY REPLIES THERETO**<br><br>**(First Request)** |

WHEREAS, Plaintiff SNOW COVERED CAPITAL, LLC ("*SCC*") filed its Complaint (the "*Complaint*") on April 8, 2019 (ECF No. 1) against Defendants WILLIAM WEIDNER ("*Weidner*"), ANDREW FONFA ("*Fonfa*"), DAVID JACOBY ("*Jacoby*"), and LUCKY DRAGON LP ("LDLP");

WHEREAS, The Trustee for the LUCKY DRAGON, LP, Shelly D. Krohn, filed an ("**LDLP**") Answer to Snow Covered Capital, LLC's Complaint for Deficiency Judgments and Counterclaimants ("**Counterclaims**") on June 18, 2019 (ECF No. 19);

WHEREAS, Defendants Weidner and Jacoby filed their Answer to the Complaint on June 18, 2019 (ECF No. 21);

WHEREAS, Defendant Fonfa filed his Answer on June 19, 2019 (ECF No. 22);

WHEREAS, SCC filed its Motion to Dismiss Counterclaims Asserted by LDLP Trustee (the "**Motion to Dismiss**") on July 9, 2019 (ECF No. 50);

WHEREAS, SCC filed its Motion to Strike Defendant Fonfa's Answer to the SCC Complaint on July 9, 2019 (ECF No. 51);

WHEREAS, SCC filed its Motion to Strike the LDLP Trustee's Answer to SCC Complaint on July 9, 2019 (ECF No. 52);

WHEREAS, SCC filed its Motion to Strike Defendants Weidner's and Defendant Jacoby's Answer to the SCC Complaint on July 9, 2019 (ECF No. 53);

WHEREAS, the deadline for Defendants Weidner, Fonfa, Jacoby, and LDLP Trustee to respond to each motion to strike is currently July 23, 2019, and the replies are currently due July 30, 2019;

WHEREAS, the deadline for LDLP to respond to the Motion to Dismiss is currently July 23, 2019, and SCC's reply is currently due July 30, 2019;

WHEREAS, the parties make this request to accommodate conflicting schedules, concurrent deadlines in other litigation and vacations amongst the defendants and their counsel. This is the first request by the parties to respond to each of the motions;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that the time for Defendants Weidner, Fonfa, Jacoby, and LDLP to respond to each of the motions to strike (ECF Nos. 51, 52, and 53) is now extended to July 30, 2019, and SCC's time to file any reply is now extended to August 9, 2019.

| | |
|---|---|
| 1<br>2<br>3 | **IT IS FURTHER STIPULATED AND AGREED** that the time for LDLP to respond to the Motion to Dismiss (ECF No. 50) is now extended to July 30, 2019, and SCC's time to file a reply is now extended to August 12, 2019. |
| 4 | Dated this 19th day of July, 2019. |

| | |
|---|---|
| **SNELL & WILMER** | **SANTORO WHITMIRE** |
| */s/ Bob L. Olson*<br>BOB L. OLSON (NBN 3783)<br>NATHAN G. KANUTE (NBN 12413)<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, Nevada 89169<br>Tel.: (702) 784-5200<br>Email: bolson@swlaw.com<br>       nkanute@swlaw.com<br><br>JAMES D. MCCARTHY (Admitted *pro hac vice*)<br>JASON P. FULTON (Admitted *pro hac vice*)<br>**DIAMOND MCCARTHY**<br>2711 N. Haskell Ave., Suite 3100<br>Dallas, Texas 75204<br>Tel.: (214) 389-5300<br>Email: jmccarthy@diamondmccarthy.com<br>       jfulton@diamondmccarthy.com<br>*Attorneys for Plaintiff Snow Covered Capital, LLC* | */s/ Oliver J. Pancheri*<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 532<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>Tel.: (702) 948-8771 / Fax: (702) 948-8773<br>Email:  nsantoro@santoronevada.com<br>        opancheri@santoronevada.com<br>*Attorneys for Defendants William Weidner and David Jacoby* |
| **HOWARD & HOWARD ATTORNEYS** | **GERRARD COX LARSEN** |
| */s/ Robert W. Hernquist*<br>ROBERT W. HERNQUIST (NBN 10616)<br>MARK GARDBERG (NBN 10879)<br>3800 Howard Hughes Pkwy., Suite 100<br>Las Vegas, Nevada 89169<br>Tel.: (702) 257-1483 / Fax: (702) 5697-1568<br>Email: rwh@h2law.com<br>       mg@h2law.com<br>*Attorneys for Defendant Andrew Fonfa* | */s/ Gary C. Milne*<br>DOUGLAS D. GERRARD (NBN 4613)<br>GARY C. MILNE (NBN 3653)<br>2450 Saint Rose Parkway, Suite 200<br>Henderson, Nevada 89074<br>Tel.: (702) 796-4000 / Fax: (702)796-4848<br>Email: dgerrard@gerrard-cox.com<br>       gmilne@gerrard-cox.com<br>*Attorneys for Shelley D. Krohn, Chapter 7 Trustee of Lucky Dragon, LP Estate* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 23, 2019.