Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
**SNELL & WILMER, L.L.P.**
3883 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 784-5200
bolson@swlaw.com
nkanute@swlaw.com

James D. McCarthy (admitted *pro hac vice*)
Jason P. Fulton (admitted *pro hac vice*)
**DIAMOND MCCARTHY, LLP**
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, <br><br> Defendants. | Case No. 2:19-00595-JAD-NJK <br><br> **STIPULATION REGARDING MOOTNESS ISSUE AND ITS RELEVANCE TO SCC'S PENDING MOTION TO STRIKE THE ORIGINAL LDLP ANSWER; AND REGARDING RELATED BRIEFING SCHEDULE** <br><br> ECF Nos. 52, 78 |
| SHELLY D. KROHN, Chapter 7 Trustee of The LUCKY DRAGON, LP Estate, <br><br> Counter-claimant, <br><br> vs. <br><br> SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC, <br><br> Counter-defendants. | |

1

STIPULATION REGARDING MOOTNESS ISSUE
918749v1

1. On April 8, 2019, Plaintiff Snow Covered Capital, LLC ("SCC") filed its complaint in this proceeding (ECF No. 1).

2. On June 18, 2019, the Chapter 7 Trustee for the Lucky Dragon LP Bankruptcy Estate (the "LP Trustee") filed her Answer and Counterclaims (ECF No. 19) in response to the SCC Complaint.

3. On July 9, 2019 SCC filed a motion to dismiss the Trustee's Counterclaims (ECF No. 50).

4. On that same date, SCC filed its Motion to Strike the Trustee's Answer (ECF No. 52).

5. On July 30, 2019, the LP Trustee filed her:

   a. First Amended Answer and Counterclaim (ECF No. 61); and

   b. Opposition to the SCC Motion to Dismiss (ECF No. 64); and her

   c. Opposition to the SCC Motion to Strike the LP Trustee's Answer (ECF No. 65)

6. On August 17, 2019, before SCC's reply briefing on either its Motion to Dismiss or its Motion to Strike was due, this Court entered a minute order (ECF No. 73) stating, in relevant part, that:

> "In light of the Chapter 7 Trustee's filing of the first amended answer and counterclaim [61], which supersedes her original counterclaim and moots the motion to dismiss it [50], IT IS HEREBY ORDERED that the motion to dismiss the Chapter 7 Trustee's original counterclaim [50] is denied without prejudice."

7. The August 7, 2019 minute order did not mention the SCC Motion to Strike, though that motion was also directed to the LP Trustee's original Answer and Counterclaim.

8. SCC will move to dismiss the LP Trustee's First Amended Answer and Counterclaim and also move to strike the answer portions of that same pleading.

9. In light of the foregoing, the undersigned parties stipulate and agree pursuant to LR 7-1, LR IA 6-1 and LR IA 6-2, that:

   a. The Trustee's First Amended Answer and Counterclaim supersedes her original Answer and Counterclaim;

   b. The SCC Motion to Strike the original Answer and Counterclaim is withdrawn, without prejudice to SCC's right to file a motion to dismiss and a motion to strike the Trustee's First Amended Counterclaim;

   c. SCC need not file any reply brief regarding its Motion to Strike the original Answer and Counterclaim; and that

   d. SCC shall file any Motion to Dismiss and Motion to Strike the First Amended Answer and Counterclaim on or before August 13, 2019, 2019; the Trustee will file any oppositions to those motions on or before August 27, 2019; and SCC will file any replies regarding those motions on or before September 3, 2019.

**STIPULATED AND AGREED BY ALL PARTIES:**

Dated: August 9, 2019.

| | |
|---|---|
| By: */s/ Douglas Gerrard* | By: */s/ James D. McCarthy* |
| Douglas Gerrard | James D. McCarthy (*pro hac vice*) |
| Gary Milne | Jason P. Fulton (*pro hac vice*) |
| GERRARD COX LARSEN | DIAMOND MCCARTHY, LLP |
| 2450 St. Rose Parkway, Suite 200 | 2711 N. Haskell Ave., Suite 3100 |
| Henderson, Nevada 89074 | Dallas, TX 75204 |
| *Attorneys for Shelley D. Krohn, Chapter 7 Trustee for the Lucky Dragon LP Bankruptcy Estate* | Phone: (214) 389-5300 jmccarthy@diamondmccarthy.com jfulton@diamondmccarthy.com |

By: /s/ Nicholas Santoro
Nicholas Santoro
Oliver J. Pancheri
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
*Attorneys for William Weidner & David Jacoby*

By: /s/ Robert Hernquist
Robert Hernquist
Mark Gardberg
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorneys for Defendant Andrew Fonfa*

and

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
bolson@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Snow Covered Capital, LLC*

**ORDER**

Based on the parties' stipulation [78] and good cause appearing, IT IS SO ORDERED.

Snow Covered Capital, LLC's Motion to Strike the LDLP Trustee's Answer to SCC's Complaint **[52] is DEEMED WITHDRAWN.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2019

- 4 -