Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
**SNELL & WILMER, L.L.P.**
3883 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 784-5200
bolson@swlaw.com
nkanute@swlaw.com

James D. McCarthy (admitted *pro hac vice*)
Jason P. Fulton (admitted *pro hac vice*)
**DIAMOND MCCARTHY, LLP**
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>Defendants. | Case No. 2:19-00595-JAD-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF SCC'S MOTIONS TO STRIKE THE ANSWERS OF DEFENDANTS FONFA, WEIDNER AND JACOBY** |
| SHELLY D. KROHN, Chapter 7 Trustee of The LUCKY DRAGON, LP Estate,<br><br>Counter-claimant,<br><br>vs.<br><br>SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC,<br><br>Counter-defendants. | |

1
**STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS TO STRIKE**
918768v1

Pursuant to LR 7-1, LR IA 601, and LR IA 602, Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants Fonfa, Weidner, and Jacoby, and Defendant Lucky Dragon L.P. ("LDLP") stipulate and agree that Plaintiff SCC shall have up to and including **August 13, 2019** to file its reply briefs regarding its Motions to Strike the Answers of Defendants Fonfa (ECF No. 51) and Weidner/ Jacoby (ECF No. 53). This is a short (two business day) extension from the current date for such replies.

1. On April 8, 2019, Plaintiff Snow Covered Capital, LLC filed its complaint in this proceeding (ECF No. 1).

2. On June 18, 2019, Defendants Weidner and Jacoby filed their Answer (ECF No. 21) in response to the SCC Complaint.

3. On June 19, 2019 Defendant Fonfa filed his Answer (ECF No. 22) in response to the SCC Complaint.

4. On July 9, 2019, SCC filed its motions to strike the Fonfa and Weidner/Jacoby Answers. On that same day, SCC filed a motion to dismiss the counterclaims asserted by Defendant LDLP (ECF No. 50).

5. On July 19, 2019 the parties entered into a stipulation (ECF No. 56) extending the Defendants' time for responding to the SCC motions to strike to July 30, 2019 and setting an August 9, 2019 reply date for the three motions to strike and an August 12, 2019 reply date for SCC's motion to dismiss the LDLP Counterclaim. This stipulation was endorsed by this Court on July 23, 2019 (ECF No 57).

6. The Defendants all filed responses to the motion to strike on July 30, 2019 (ECF Nos. 62, 63, 64), but Defendant LDLP also filed an Amended Answer and Counterclaim (ECF No. 61) that this Court recently held (ECF No. 73, filed August 7, 2019) superseded the complaint to which SCC's July 9, 2019 motion to dismiss (ECF No. 50) had been directed and so

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

mooted the existing SCC motion to dismiss. The same problem existed for the SCC motion to strike LDLP's original answer, though that aspect of the mootness problem was not referenced in the Court's August 7, 2019 minute order.

7. As a result of the filing of LDLP's Amended Answer and Counterclaim, a new SCC motion to dismiss and a new SCC motion to strike (not just SCC reply briefs) will now be required, at its earliest, on August 13, 2019.

8. This stipulation will allow all of the latest round of SCC motions to strike filings (replies regarding the Fonfa and Jacoby/Weidner-related motions and the new motion to strike LDLP's First Amended Answer and Counterclaim) to be made on the same dates, as was originally intended. The task of dealing with a new motion to strike, and coordinating it with the other filings, together with computer system and vacation-induced short-staffing issues during the past two weeks, and as the demands of other substantial filings required between July 30, 2019 and the present, have made this two business day extension logical and necessary.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: 8/12/2019

**STIPULATED AND AGREED BY ALL PARTIES:**

Dated: August 9, 2019.

By: */s/ Robert Hernquist*
Robert Hernquist
Mark Gardberg
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorneys for Defendant Andrew Fonfa*

By: */s/ Douglas Gerrard*
Douglas Gerrard
Gary Milne
GERRARD COX LARSEN

By: */s/ James D. McCarthy*
James D. McCarthy (*pro hac vice*)
Jason P. Fulton (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

**and**

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)

| | |
|---|---|
| 2450 St. Rose Parkway, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Shelley D. Krohn, Chapter 7 Trustee for the Lucky Dragon LP Bankruptcy Estate*<br><br>By: */s/ Nicholas Santoro*<br>Nicholas Santoro<br>Oliver J. Pancheri<br>SANTORO WHITMIRE, LTD.<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>*Attorneys for William Weidner & David Jacoby* | SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>bolson@swlaw.com<br>nkanute@swlaw.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Snow Covered Capital, LLC* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that I am an employee of Diamond McCarthy, and on the 9th day of August, 2019, I caused to be served a copy of foregoing Stipulation in the following manner: (ELECTRONIC SERVICE). Pursuant to Fed. R. Civ. P. 5(b)(3) and LR 5-4, the above referenced document was electronically filed and served upon all of the above-listed counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

                                             */s/ James D. McCarthy*
                                                   James D. McCarthy