Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
Tel: (702) 796-4000
Fax: (702)796-4848
*Attorneys for Defendant / Counterclaimant,
Shelley D. Krohn, Chapter 7 Trustee of the
Lucky Dragon, LP Estate*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON, LP,<br><br>Defendants.<br><br>―――――――――――――――――――<br>SHELLEY D. KROHN, Chapter 7 Trustee of the LUCKY DRAGON, LP Estate,<br><br>Counter-claimant,<br><br>vs.<br><br>SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC,<br><br>Counter-defendant, | Case No. 2:19-00595-JAD-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF SCC'S MOTION TO DISMISS LUCKY DRAGON, LP'S FIRST AMENDED COUNTERCLAIMS AND MOTION TO STRIKE LUCKY DRAGON, LP'S FIRST AMENDED ANSWER AND COUNTERCLAIM** |

1

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-47848

Pursuant to LR 7-1, LR IA 601, and LR IA 602, Defendant / Counterclaimant, Shelley D. Krohn, Chapter 7 Trustee of the Lucky Dragon LP Estate ("LDLP") and Plaintiff / Counterdefendant, Snow Covered Capital, LLC ("SCC") stipulate and agree as follows:

WHEREAS, on April 8, 2019, SCC filed its complaint in this proceeding [ECF No. 1];

WHEREAS, on June 18, 2019, LDLP filed an Answer and Counterclaims [ECF No. 19];

WHEREAS, on July 9, 2019, SCC filed its Motion to Dismiss Counterclaims Asserted by LDLP [ECF No. 50];

WHEREAS, on July 9, 2019, SCC also filed a Motion to Strike LDLP's Answer and Counterclaims [ECF No. 52];

WHEREAS, on July 19, 2019 the parties, including Defendants, William Weidner, Andrew Fonfa and David Jacoby (together with LDLP, "Defendants"), entered into a stipulation [ECF No. 56] extending the Defendants' time for responding to the SCC motions to strike to July 30, 2019 and setting an August 9, 2019 reply date for the three motions to strike and an August 12, 2019 reply date for SCC's motion to dismiss the LDLP Counterclaim. This stipulation was endorsed by the Court on July 23, 2019 [ECF No 57];

WHEREAS, the Defendants all filed responses to the motion to strike on July 30, 2019 [ECF Nos. 62, 63, 64], but Defendant LDLP also filed an Amended Answer and Counterclaim [ECF No. 61] that the Court held [ECF No. 73] superseded the counterclaim to which SCC's July 9, 2019 motion to dismiss [ECF No. 50] had been directed and so mooted the existing SCC motion to dismiss. The same problem existed for the SCC motion to strike LDLP's original answer, though that aspect of the mootness problem was not referenced in the Court's August 7, 2019 minute order [ECF No. 73];

WHEREAS, SCC filed a Motion to Dismiss LDLP's First Amended Counterclaims [ECF No. 82] and a Motion to Strike LDLP's First Amended Answer and Counterclaims [ECF No. 85] on August 13, 2019, jointly, "Motions;"

WHEREAS, the deadline for LDLP to respond to SCC's Motions is currently August 27, 2019, and the replies are currently due September 3, 2019;

WHEREAS, the parties to this stipulation make this request to accommodate conflicting schedules and concurrent deadlines in other litigation. This is the first request by the undersigned to respond to these Motions;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the named parties hereto, that the time for LDLP to respond to the Motions [ECF No. 82 and ECF No. 85] is now extended three days to August 30, 2019, and SCC's time to file any reply is now extended to September 6, 2019.

**STIPULATED AND AGREED:**

Dated: August 27, 2019.

| By: */s/ Douglas D. Gerrard, Esq.* | By: */s/ James D. McCarthy, Esq.* |
|---|---|
| Douglas D. Gerrard | James D. McCarthy (*pro hac vice*) |
| Gary C. Milne | Jason P. Fulton (*pro hac vice*) |
| GERRARD COX LARSEN | DIAMOND MCCARTHY, LLP |
| 2450 St. Rose Parkway, Suite 200 | 2711 N. Haskell Ave., Suite 3100 |
| Henderson, Nevada 89074 | Dallas, TX 75204 |
| *Attorneys for Shelley D. Krohn, Chapter 7 Trustee for the Lucky Dragon LP Bankruptcy Estate* | Phone: (214) 389-5300 |
| | *Attorneys for Snow Covered Capital, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2019