Bob L. Olson (NV Bar No. 3783)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
  vbohman@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Jason P. Fulton (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
  jfulton@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, <br><br> Defendants. <br><br> SHELLEY D. KROHN, Chapter 7 Trustee of the LUCKY DRAGON, LP Estate, <br><br> Counter-claimant, <br><br> vs. <br><br> SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC, <br><br> Counter-defendants. | Case No. 2:19-cv-00595-JAD-NJK <br><br><br> **STIPULATION TO EXTEND RESPONSE DATE FOR POTENTIAL THIRD PARTY DEFENDANTS NELLIE LLC, 1421 CAPITAL LLC, AND ASSOCIATE CAPITAL LLC (FIRST REQUEST)** <br><br> **ORDER** |

STIPULATION TO EXTEND RESPONSE DATE FOR POTENTIAL THIRD PARTY DEFENDANTS
NELLIE LLC, 1421 CAPITAL LLC, AND ASSOCIATE CAPITAL LLC (FIRST REQUEST)
934349                                                    1

Pursuant to LR 7-1, LR IA 601, and LR IA 602, Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants Fonfa, Weidner, and Jacoby, and Defendant Lucky Dragon L.P. ("LDLP") stipulate and agree that potential third party defendants Nellie LLC, 1421 Capital LLC, and Associate Capital LLC (collectively, the "Potential Third Party Defendants") shall have up to and including **October 15, 2019** to file their response(s) to the claims that LDLP has asserted against them.

1. On April 8, 2019, Plaintiff Snow Covered Capital, LLC filed its complaint in this proceeding (ECF No. 1).

2. On June 18, 2019, Defendants Weidner and Jacoby filed their Answer (ECF No. 21) in response to the SCC Complaint.

3. On June 18, 2019, Defendant LDLP filed its Answer and Counterclaims (ECF No. 19) in response to the SCC Complaint. The "Counterclaims" asserted therein included claims against the Potential Third Party Defendants.

4. On June 19, 2019, Defendant Fonfa filed his Answer (ECF No. 22) in response to the SCC Complaint.

5. On July 9, 2019, SCC filed a motion to dismiss the Counterclaims that Defendant LDLP had asserted against SCC (ECF No. 50).

6. On July 19, 2019, the parties entered into a stipulation (ECF No. 56) setting a July 30, 2019 response date for SCC's motion to dismiss the LDLP Counterclaims. This stipulation was endorsed by this Court on July 23, 2019 (ECF No 57).

7. On July 30, 2019, Defendant LDLP filed its response to the SCC motion to dismiss (ECF No. 64), and also filed an Amended Answer and Counterclaim (ECF No. 61, the "FAAC"). That amended pleading asserted the same Counterclaims against the Potential Third Party Defendants.

8. This Court subsequently held (ECF No. 73, filed August 7, 2019) that the FAAC superseded the complaint to which SCC's July 9, 2019 motion to dismiss (ECF No. 50) had been directed.

and so mooted the existing SCC motion to dismiss. In the wake of that ruling, SCC filed an updated motion to dismiss directed to the FAAC (ECF No. 82)..

9. Because the FAAC similarly mooted SCC's then-pending Motion to Strike the original LDLP Answer and Counterclaims (ECF No. 52),, that motion to strike was withdrawn (ECF No. 80) and SCC filed an updated motion to strike directed to the FAAC (ECF No. 85).

10. Defendant LDLP did not serve the Potential Third Party Defendants with either its original Answer and Counterclaims or the FAAC.

11. On August 9, 2019, however, Counsel for Defendant LDLP (Gary Milne) contacted SCC Counsel (Jim McCarthy) to ask if the Potential Third Party Defendants would waive service of the FAAC in the manner contemplated by Fed. R. Civ. P. 4.

12. Once authorized to do so by those entities, Mr. McCarthy agreed to accept service on behalf of the Potential Third Party Defendants. He then executed the appropriate waiver of service forms (AO 399) on behalf of each of those entities, and submitted the executed forms to Mr. Milne. Of course, those waivers of service forms expressly reserved the Potential Third Party Defendants right to assert all defenses or objections to the lawsuit, including objections to jurisdiction and venue.

13. Under the applicable rules, the Potential Third Party Defendants' date for responding to the FAAC was October 8, 2019. Due to the press of discovery and other work in this case and others, the affected parties have agreed to extend that response date to October 15th. SCC has already granted a similar extension to LDLP in bankruptcy proceedings in which both are parties.

14. In light of the foregoing, the undersigned parties stipulate and agree, pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, that the Potential Third Party Defendants need not respond to LDLPs First Amended Answer and Counterclaims until October 15, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 2, 2019.

STIPULATION TO EXTEND RESPONSE DATE FOR POTENTIAL THIRD PARTY DEFENDANTS
NELLIE LLC, 1421 CAPITAL LLC, AND ASSOCIATE CAPITAL LLC (FIRST REQUEST)
934349                                      3

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATED AND AGREED BY ALL PARTIES:**

Dated: September 30, 2019.

By: */s/ Robert Hernquist*
Robert Hernquist
Mark Gardberg
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorneys for Defendant Andrew Fonfa*

By: */s/ Gary Milne*
Gary Milne
Douglas Gerrard
GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee for the Lucky Dragon LP Bankruptcy Estate*

By: */s/ Nicholas Santoro*
Nicholas Santoro
Oliver J. Pancheri
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
*Attorneys for William Weidner & David Jacoby*

By: */s/ James D. McCarthy*
James D. McCarthy (*pro hac vice*)
Jason P. Fulton (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

**and**

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
bolson@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Snow Covered Capital, LLC, and Potential Third Party Defendants Nellie LLC, 1421 Capital LLC, and Associate Capital LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Diamond McCarthy, and on the 30th day of September, 2019, I caused to be served a copy of foregoing Stipulation in the following manner: (ELECTRONIC SERVICE). Pursuant to Fed. R. Civ. P. 5(b)(3) and LR 5-4, the above referenced document was electronically filed and served upon all of the above-listed counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

*/s/ James D. McCarthy*
James D. McCarthy

STIPULATION TO EXTEND RESPONSE DATE FOR POTENTIAL THIRD PARTY DEFENDANTS NELLIE LLC, 1421 CAPITAL LLC, AND ASSOCIATE CAPITAL LLC (FIRST REQUEST)
934349                                                        4