Bob L. Olson (NV Bar No. 3783)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
      vbohman@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Jason P. Fulton (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
      jfulton@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*
*Nellie LLC, 1421 Capital LLC and Associate Capital LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>    Defendants.<br>_____<br>SHELLEY D. KROHN, Chapter 7 Trustee of the LUCKY DRAGON, LP Estate,<br><br>    Counter-claimant,<br><br>vs.<br><br>SNOW COVERED CAPITAL, LLC, NELLIE LLC, 1421 CAPITAL LLC, and ASSOCIATE CAPITAL, LLC,<br><br>    Counter-defendants. | Case No. 2:19-cv-00595-JAD-NJK<br><br>**JOINT MOTION FOR STAY OF CURRENT DEADLINES APPLICABLE TO SETTLING PARTIES** |

JOINT MOTION FOR STAY
935532                              1

**TO: JUDGES DORSEY AND KOPPE:**

In light of the pending settlement between them, *see* ECF No. 98, Plaintiff and Counterclaim Defendants Snow Covered Capital, LLC ("SCC"); Defendant, Counterclaimant, and Third Party Plaintiff Lucky Dragon, LP; and Potential Third Party Defendants Nellie LLC, 1421 Capital LLC, and Associate Capital LLC *jointly move this Court to stay* all of the deadlines applicable solely to them at this point in time.

At the present time, only one such deadline exists: the deadline for filing the Potential Third Party Defendants' response to the Trustee's "First Amended Answer and Counterclaim" (ECF 61). The parties recently stipulated to an extension of that deadline to October 15, 2019 by joint motion (ECF No. 93) and this Court so ordered that stipulation on October 2, 2019 (ECF No. 94).

As those Potential Third Party Defendants will be released under the settlement documents, no party to the now-filed settlement, nor this Court, has any interest in those potential defendants' filing their motions to dismiss on October 15th[1], or in the rounds of briefing that would then follow. Accordingly, the undersigned parties respectfully request that this Court extend the deadline for the Potential Third Party Defendants' response to November 1, 2019, and also stay any other deadlines between the Trustee, in the one hand, and SCC and the Potential Third Party Defendants, on the other hand, that may arise between now and November 1st.

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted,

By: /s/*Gary Milne*
Douglas D. Gerrard (NV Bar No. 5353)
Gary Milne

DATED: October 11, 2019

By: /s/ James D. McCarthy
James D. McCarthy (*pro hac vice*)
Jason P. Fulton (*pro hac vice*)
DIAMOND MCCARTHY, LLP

---

[1] October 15th is one day before the Trustee's settlement approval motion will be heard in the Bankruptcy Court.

JOINT MOTION FOR STAY
935532                                                2

| | |
|---|---|
| GERRARD COX LARSEN<br>2901 El Camino Ave. #200<br>Las Vegas, NV 89102<br>Telephone: (702) 248-3000<br>Facsimile: (702) 425-7290<br><br>*Attorneys for Shelly D. Krohn, Chapter 7 Trustee for Lucky Dragon, LP* | 2711 N. Haskell Ave., Suite 3100<br>Dallas, TX 75204<br>Phone: (214) 389-5300<br>jmccarthy@diamondmccarthy.com<br>jfulton@diamondmccarthy.com<br><br>**and**<br><br>Bob L. Olson (NV Bar No. 3783)<br>V.R. Bohman (NV Bar No. 12413)<br>SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>bolson@swlaw.com<br>vbohman@swlaw.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Snow Covered Capital, LLC, and Potential Third Party Defendants Nellie LLC, 1421 Capital LLC, and Associate Capital LLC* |