# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Snow Covered Capital, LLC,<br><br>      Plaintiff<br>v.<br><br>William Weidner, et al.,<br><br>      Defendants | Case No. 2:19-cv-00595-JAD-NJK<br><br>**Order Adopting Report and Recommendation Re: Motion to Strike Andrew Fonfa's Answer**<br><br>[ECF Nos. 51, 114] |

On November 22, 2019, Magistrate Judge Nancy J. Koppe issued a report and recommendation resolving plaintiff's motion to strike the answer of defendant Andrew Fonfa.[1] Having thoroughly evaluated the parties' briefing, Judge Koppe recommends that I grant the motion as to paragraphs 40 and 50 and affirmative defenses 3–5, 7–10, and 12–29, deny it as to affirmative defenses 1, 2, 6, and 11, and grant defendants leave to amend.[2] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 114] is ADOPTED** in full;

---

[1] ECF No. 114 (report & recommendation); ECF No. 51 (motion to strike); ECF No. 22 (Weidner & Jacoby's answer).

[2] ECF No. 114 at 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT plaintiff's motion to strike Fonfa's answer **[ECF No. 51] is GRANTED IN PART AND DENIED IN PART: it is granted as to paragraphs 40 and 50 and affirmative defenses 2, 3, 5–7, and 9–19, which are deemed struck, and it is denied as to affirmative defenses 1, 4, and 8;**

IT IS FURTHER ORDERED THAT **defendant Fonfa has 10 days to amend his answer to cure the defects in paragraphs 40 and 50, and in affirmative defenses 2, 3, 5–7, and 9–17.**

Dated: December 10, 2019

_____ _____
U.S. District Judge Jennifer A. Dorsey