# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>WILLIAM WEIDNER, et al.,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00595-JAD-NJK<br><br>**ORDER**<br><br>(Docket Nos. 82, 85) |

　　　Pending before the Court are Plaintiff's motions to dismiss the first amended counterclaims filed by the Trustee for Defendant Lucky Dragon LP (LDLP) at Docket No. 61 and to strike certain provisions of Docket No. 61. Docket Nos. 82, 85. On October 8, 2019, Plaintiff and Defendant LDLP filed a joint notice of settlement. Docket No. 98. In light of the settlement between these parties, the Court **DENIES** Plaintiff's motions without prejudice as moot. Docket Nos. 82, 85. These motions may be refiled if settlement does not occur.

　　　IT IS SO ORDERED.

　　　Dated: December 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1