# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Snow Covered Capital, LLC, | Case No. 2:19-cv-00595-JAD-NJK |
|     Plaintiff | |
| v. | **Order Adopting Report and Recommendation Re: Motion to Strike Weidner & Jacoby's Answer** |
| William Weidner, et al., | |
|     Defendants | [ECF Nos. 53, 116] |

On December 3, 2019, Magistrate Judge Nancy J. Koppe issued a report and recommendation resolving plaintiff's motion to strike the answer of defendants William Weidner and David Jacoby.[1] Having thoroughly evaluated the parties' briefing, Judge Koppe recommends that I grant the motion as to paragraphs 40 and 50 and affirmative defenses 3–5, 7–10, and 12–29, deny it as to affirmative defenses 1, 2, 6, and 11, and grant defendants leave to amend.[2] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 116] is ADOPTED** in full;

---

[1] ECF No. 116 (report & recommendation); ECF No. 53 (motion to strike); ECF No. 21 (Weidner & Jacoby's answer).

[2] ECF No. 116 at 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT plaintiff's motion to strike Weidner and Jacoby's answer **[ECF No. 53] is GRANTED IN PART AND DENIED IN PART: it is granted as to paragraphs 40 and 50 and affirmative defenses 3–5, 7–10, and 12–29, which are deemed struck, and it is denied as to affirmative defenses 1, 2, 6, and 11; defendants Weidner and Jacoby have 10 days to amend their answer to cure the defects in paragraphs 40 and 50 and affirmative defenses 3–5, 7–10, and 12–29.**[4]

Dated: December 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] ECF No. 116 at 8.