# INDEX OF EXHIBITS

| | |
|---|---|
| **Description** | **Exhibit** |
| Exhibit C to SCC's Rule 26(a)(1)(A) Initial Disclosures | A |
| CBRE Press Release (SCC_A029258-29259) | B |
| Construction Loan Agreement dated May 3, 2016 (DEFS000042-275) | C |
| Deed of Trust recorded May 11, 2016 (DEFS000231-267) | D |
| Completion Guaranty Agreement dated May 3, 2016 (DEFS000167-175) | E |
| Recourse Obligations Agreement dated May 3, 2016 (DEFS000176-190) | F |
| Excerpts of Deposition Transcript of Matt Sodl taken on July 2, 2020 | G |
| Las Vegas Review Journal article, "Lucky Dragon action in Las Vegas gets no takers at $35M," dated October 30, 2018 | H |
| Excerpts of Deposition Transcript of Michael Parks taken January 8, 2020 | I |
| CBRE Offer e-mail (ENCORECAP000010-11) | J |
| Bid Instructions (SCC_A017467-17469) | K |
| Term Sheet dated February 25, 2019 (AHERN/LUCKY000043-44) | L |
| Text exchange between Michael Parks and Richard Doherty (ENCORECAP000015-25) | M |
| Snow Covered Capital, LLC's Objections and Response to William Weidner and David Jacoby's First Set of Interrogatories dated December 30, 2019 | N |
| Declaration of Oliver J. Pancheri, Esq. in Support of Defendants' Opposition to Snow Covered Capital, LLC's Motion for an Order Establishing a Protocol for Addressing Plaintiff's Attorney's Fees Claims | O |