NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       opancheri@santoronevada.com

DAVID B. SNYDER, ESQ. (admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendants William Weidner
and David Jacoby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>                    Defendants.<br><br>AND ALL RELATED MATTERS. | Case No.  2:19-cv-00595-JAD-NJK<br><br>**APPENDIX OF EXHIBITS TO DEFENDANTS WILLIAM WEIDNER'S AND DAVID JACOBY'S BRIEF REGARDING PLAINTIFF'S ATTEMPT TO INCLUDE POST-FORECLOSURE ATTORNEYS' FEES AS PART OF AN ALLEGED INDEBTEDNESS IN ORDER TO CALCULATE A DEFICIENCY, IF ANY, SUBMITTED IN ACCORDANCE WITH THE COURT'S ORDER (ECF NO. 179)**<br><br>ORAL ARGUMENT REQUESTED |

**INDEX OF EXHIBITS**

| **Description** | **Exhibit** |
|---|---|
| CBRE Press Release | A |
| Loan Agreement | B |
| Deed of Trust | C |
| Notes | D |
| Completion Guaranty | E |
| Recourse Guaranty | F |
| Deposition Transcript of Matt Sodl taken on July 2, 2020 | G |
| Las Vegas Review Journal article, "Lucky Dragon action in Las Vegas gets no takers at $35M," October 30, 2018, | H |
| Deposition Transcript of Michael Parks of CBRE taken on January 8, 2020 | I |
| CBRE Offer E-mail | J |
| Bid Instructions | K |
| Term Sheet dated February 25, 2019 | L |
| Text exchange between Michael Parks and Richard Doherty | M |
| March 1, 2019 text message from Griffith Harsh | N |
| Excerpts from damages spreadsheet | O |
| Settlement Agreement between SCC and Century Link | P |
| Deposition Transcript of Enrique Landa taken on April 28, 2021 | Q |

Dated this 17th day of June, 2021.

**SANTORO WHITMIRE**

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO (NV Bar No. 532)
OLIVER J. PANCHERI (NV Bar No. 7476)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
opancheri@santoronevada.com

DAVID B. SNYDER, ESQ. (*Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com
*Attorneys for Defendants William Weidner and David Jacoby*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2021, a true and correct copy of the **APPENDIX OF EXHIBITS TO DEFENDANTS WILLIAM WEIDNER'S AND DAVID JACOBY'S BRIEF REGARDING PLAINTIFF'S ATTEMPT TO INCLUDE POST-FORECLOSURE ATTORNEYS' FEES AS PART OF AN ALLEGED INDEBTEDNESS IN ORDER TO CALCULATE A DEFICIENCY, IF ANY, SUBMITTED IN ACCORDANCE WITH THE COURT'S ORDER [ECF NO. 179]** was served electronically through with the Clerk of the Court using the CM/ECF system to the following counsel of record:

Bob L. Olson, Esq.
SNELL & WILMER
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel.: (702) 784-5200
Email: bolson@swlaw.com

James D. McCarthy, Esq.
Mary Ann Joerres, Esq.
Jason P. Fulton, Esq.
David Reynolds, Esq.
DIAMOND MCCARTHY
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Tel.: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
          mjoerres@diamondmccarthy.com
          jfulton@diamondmccarthy.com
          dreynolds@diamondmccarthy.com
*Attorneys for Plaintiff Snow Covered Capital, LLC*

Robert W. Hernquist, Esq.
Mark Gardberg, Esq.
HOWARD & HOWARD ATTORNEYS
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel.: (702) 257-1483 / Fax: (702) 5697-1568
Email: rwh@h2law.com
          mg@h2law.com
*Attorneys for Jodi Fonfa, as executrix to decedent estate of Andrew S. Fonfa*

*/s/ Rachel Jenkins*
An employee of Santoro Whitmire