Bob L. Olson (NV Bar No. 3783)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
          vbohman@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Jason P. Fulton (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile:  (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
          jfulton@diamondmccarthy.com
          mjoerres@diamondmccarthy.com
          dreynolds@diamondmccarthy.com

*Attorneys for Plaintiff*
*Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No. 2:19-cv-00595-JAD-NJK |
| Plaintiff | **(VOLUME I)** |
| vs. | |
| WILLIAM WEIDNER, ANDREW FONFA, and DAVID JACOBY, | **JOINT APPENDIX IN SUPPORT OF PLAINTIFF SNOW COVERED CAPITAL, LLC'S (1) THE MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANT FONFA; AND THE SNOW COVERED CAPITAL, LLC'S (2) THE MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE AFFIRMATIVE DEFENSES ASSERTED BY DEFENDANTS WEIDNER AND JACOBY** |
| Defendants. | |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

Plaintiff Snow Covered Capital, LLC ("SCC"), by and through its counsel, Diamond McCarthy LLP, hereby files this Joint Appendix of Exhibits, Volume I to its (1) Motion for Partial Summary Judgment Regarding the Affirmative Defenses Asserted by Defendant Fonfa; and (2) Motion for Partial Summary Judgment Regarding the Affirmative Defenses Asserted by Defendants Weidner and Jacoby.  Exhibits included in this Joint Appendix are referenced in SCC's motions for partial summary judgment as "JT Appx. Exh. ___."

**EXHIBITS**

| No. | Description | Volume | Pages |
|---|---|---|---|
| Exhibit A | Declaration of Enrique Landa | I | 1–9 |
| Ex. 1 | Construction Loan Agreement | I | 10–60 |
| Ex. 2 | Secured Promissory Note (Construction Loan) | I | 61–67 |
| Ex. 3 | Secured Promissory Note (Line of Credit) | I | 68–74 |
| Ex. 4 | Construction Deed of Trust (With Assignment of Leases and Rents, Security Agreement and Fixture Filing) | I | 75–112 |
| Ex. 5 | Recourse Obligations Guaranty (May 3, 2016) | I | 113–128 |
| Ex. 6 | Written Statement of Default (August 8, 2017) | I | 129–132 |
| Ex. 7 | Notice of Default and Demand Letter (August 18, 2017) | I | 133–136 |
| Ex. 8 | Substitution of Trustee (August 22, 2017) | I | 137–139 |
| Ex. 9 | Notice of Default and Election to Sell Under Deed of Trust (September 1, 2017) | I | 140–144 |
| Ex. 10 | SCC's Notice of the Trustee's Sale for February 6, 2018 | I | 145–149 |
| Ex. 11 | LDLP Bankruptcy Petition | I | 150–174 |
| Ex. 12 | Snell & Wilmer Demand Letter (March 2, 2018) | I | 175–182 |
| Ex. 13 | SCC Renewed Motion for Relief from Stay | I | 183–206 |
| Ex. 14 | Order Granting SCC's Renewed Motion for Relief from Stay | I | 207–218 |
| Ex. 15 | Notice of Trustee's Sale (October 30, 2018) | I | 219–224 |
| Ex. 16 | Declaration of Mailing Notice of Trustee Sale | I | 225–241 |
| Ex. 17 | Trustee's Deed Upon Sale (November 25, 2018) | I | 242–247 |
| Ex. 18 | Order Granting Motion for Relief from the Automatic Stay to Initiate and Conduct Proceedings to Obtain Deficiency Judgment Stay | II | 248–251 |

| Exhibit B | Defendant Fonfa Deposition Excerpts (February 25, 2020) | II | 252–270 |
|---|---|---|---|
| Exhibit C | Defendant Jacoby Deposition Excerpts (February 26, 2020) | II | 271–289 |
| Exhibit D | Defendant Weidner Deposition Excerpts (March 3, 2020) | II | 290–304 |
| Exhibit E | Defendant Fonfa's Answers to SCC's 1st Set of Interrogatories (January 23, 2020) | II | 305–321 |
| Exhibit F | Defendant Jacoby's Answers to SCC's 1st Set of Interrogatories (January 31, 2020) | II | 322–332 |
| Exhibit G | Defendant Weidner's Answers to SCC's 1st Set of Interrogatories (January 31, 2020) | II | 333–343 |
| Exhibit H | Defendant Fonfa's Answers to SCC's 2nd Set of Interrogatories (February 12, 2020) | II | 344–357 |
| Exhibit I | Defendant Jacoby's Supplemental Answers to SCC's 2nd Set of Interrogatories (March 11, 2020) | II | 358–388 |
| Exhibit J | Defendant Weidner's Supplemental Answers to SCC's 2nd Set of Interrogatories (March 11, 2020) | II | 389–416 |
| Exhibit K | Bankruptcy Order Approving Bidding Procedures | II | 417–432 |
| Exhibit L | Bradley Marin, *City Votes NO on $25 Million Bailout for Lucky Dragon Hotel & Casino* | II | 433–435 |
| Exhibit M | Affidavit of Attorney James D. McCarthy | II | 436 |

**DATED** this 6th day of November 2021.

SNELL & WILMER L.L.P.

/s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
V.R. Bohman (NV Bar No. 13075)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

James D. McCarthy (*admitted pro hac vice*)
Jason P. Fulton (*admitted pro hac vice*)
David R. Reynolds (*admitted pro hac vice*)
MaryAnn Joerres (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300

*Attorneys for Plaintiff Snow Covered Capital, LLC*

1

## CERTIFICATE OF SERVICE

2

3

      I hereby certify that I am an employee of Snell & Wilmer L.L.P., and that on November 6,

4

2021, the above referenced document was electronically filed and served upon the parties listed

5

below through the Court's Case Management and Electronic Case Filing (CM/ECF) system, all

6

pursuant to Fed. R Civ. P. 5(b)(3) and LR 5-4.

7
Nicholas Santoro
Oliver J. Pancheri

8
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250

9
Las Vegas, Nevada 89135

**and**

10

11
David B. Snyder *(admitted Pro Hac Vice)*
David A. Doty

12
FOX ROTHSCHILD LLP
2000 Market St., 20th Floor

13
Philadelphia, Pennsylvania 19103

14
*Attorneys for Defendants William Weidner and David Jacoby*

15
Robert Hernquist
Mark Gardberg,

16
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway

17
Las Vegas, Nevada 89169-5980

18
*Attorneys for the Estate of Andrew S. Fonfa*

19

20
    */s/ Mary Full*
    An employee of Snell & Wilmer L.L.P.

21

22

23

24

25

26

27

28