# EXHIBIT 09

**Notice of Default and Election to Sell Under Deed of Trust
September 1, 2017**

9/1/2017                                    Document 2 - 859870 (Read-Only)

RECORDING REQUESTED BY
First American Title

AND WHEN RECORDED MAIL TO
First American Title Insurance Company
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122

Inst #: 20170901-0000515
Fees: $269.00
N/C Fee: $25.00
09/01/2017 08:56:35 AM
Receipt #: 3182399
Requestor:
DOCUMENT PROCESSING SOLUTN
Recorded By: ECM  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Title Order No.    Trustee Sale No. 859870   Loan No.
APN: 162-04-816-001

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN THAT: First American Title Insurance Company is the duly appointed Trustee under a Deed of Trust dated 05/03/2016, executed by LUCKY DRAGON, LP, a Nevada limited partnership as Trustor, to secure certain obligations in favor of Snow Covered Capital, LLC under a Deed of Trust recorded on May 11, 2016 as Document Number 20160511-0002786 of Official Records in the Office of the Recorder of Clark County, State of Nevada.

That a breach of the obligations for which said Deed of Trust is security has occurred in that payment has not been made of: THE MONTHLY INSTALLMENT WHICH BECAME DUE 08/03/2017 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES.

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration of Default and Demand for Sale, and has surrendered to said Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Date: 8/31/17

First American Title Insurance Company

Vincent Tocco, Foreclosure Trustee

RECORDING REQUESTED BY
First American Title

AND WHEN RECORDED MAIL TO
First American Title Insurance Company
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122

Title Order No.   Trustee Sale No. 859870   Loan No.
APN: 162-04-816-001

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN THAT: First American Title Insurance Company is the duly appointed Trustee under a Deed of Trust dated 05/03/2016, executed by LUCKY DRAGON, LP, a Nevada limited partnership as Trustor, to secure certain obligations in favor of Snow Covered Capital, LLC under a Deed of Trust recorded on May 11, 2016 as Document Number 20160511-0002766 of Official Records in the Office of the Recorder of Clark County, State of Nevada.

That a breach of the obligations for which said Deed of Trust is security has occurred in that payment has not been made of: THE MONTHLY INSTALLMENT WHICH BECAME DUE 08/03/2017 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES.

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration of Default and Demand for Sale, and has surrendered to said Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Date: 8/31/17

First American Title Insurance Company

_____
Vincent Tocco, Foreclosure Trustee

Title Order No.   Trustee Sale No. 859870   Loan No.
APN See Exhibit "A"

State of

County of

On 8/31/17 before me, _____, a Notary Public in and for said county, personally appeared Vincent Tocco, Foreclosure Trustee, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SEE ATTACHED
Notary Public in and for said County and State

2

**Volume I: 143**

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego )

On August 31, 2017 before me, J. T. Gallardo
(insert name and title of the officer)

personally appeared Vincent Tocco
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

J. T. GALLARDO
Commission No. 2129586
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires October 9, 2019