# EXHIBIT 10

**Notice of Trustee's Sale
for February 6, 2018**

Inst #: 20180109-0001520
Fees: $40.00
01/09/2018 11:27:00 AM
Receipt #: 3292234
Requestor:
SYNRGO, INC. BREA
Recorded By: ECM   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

RECORDING REQUESTED BY
First American Title

AND WHEN RECORDED MAIL TO
First American Title Insurance Company
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122

APN: 162-04-816-001

Title Order No.   Trustee Sale No. 859870   Loan No.

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/03/2016.   UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 02/06/2018 at 10:00AM, First American Title Insurance Company as the duly appointed Trustee under and pursuant to Deed of Trust recorded on May 11, 2016 as Document Number 20160511-0002786 of official records in the Office of the Recorder of Clark County, Nevada, executed by: LUCKY DRAGON, LP, a Nevada limited partnership as Trustor, Snow Covered Capital, LLC as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). At: The front entrance to the Nevada Legal News, 930 So. Fourth St., Las Vegas, NV 89101, all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, Nevada describing the land therein:

LOT ONE (1) OF FINAL MAP OF LUCKY DRAGON (A COMMERCIAL SUBDIVISION) AS SHOWN BY MAP THEREOF ON FILE IN BOOK 149 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN 162-04-816-001

This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said receipt.

The street address and other common designation, if any, of the real property described above is purported to be:  300 West Sahara Ave, Las Vegas, NV 89102.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.  Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of

**Volume I: 146**

SCC_A029728

RECORDING REQUESTED BY
First American Title

AND WHEN RECORDED MAIL TO
First American Title Insurance Company
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122

APN: 162-04-816-001

Title Order No.   Trustee Sale No. 859870   Loan No.

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/03/2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 02/06/2018 at 10:00AM, First American Title Insurance Company as the duly appointed Trustee under and pursuant to Deed of Trust recorded on May 11, 2016 as Document Number 20160511-0002786 of official records in the Office of the Recorder of Clark County, Nevada, executed by: LUCKY DRAGON, LP, a Nevada limited partnership as Trustor, Snow Covered Capital, LLC as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). At: The front entrance to the Nevada Legal News, 930 So. Fourth St., Las Vegas, NV 89101, all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, Nevada describing the land therein:

LOT ONE (1) OF FINAL MAP OF LUCKY DRAGON (A COMMERCIAL SUBDIVISION) AS SHOWN BY MAP THEREOF ON FILE IN BOOK 149 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN 162-04-816-001

This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said receipt.

The street address and other common designation, if any, of the real property described above is purported to be: 300 West Sahara Ave, Las Vegas, NV 89102.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of

Title Order No.    Trustee Sale No. 859870    Loan No.

the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$48,877,969.15** (Estimated)
Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

For information on sale dates please visit our website at:

http://www.ncs.firstam.com/socal/

Date: 1/8/18

First American Title Insurance Company
4380 La Jolla Village Drive
Suite 110
San Diego, CA 92122
(858) 410-2154

David Z. Bark, Foreclosure Trustee

2

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____SAN DIEGO_____)

On __JANUARY 8, 2018__ before me, __Jessica T. Gallardo, Notary Public__,
(insert name and title of the officer)

personally appeared __David Z. Bark__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*JESSICA T. GALLARDO*
*Commission No. 2129589*
*NOTARY PUBLIC - CALIFORNIA*
*SAN DIEGO COUNTY*
*Commission Expires October 9, 2019*

Signature __Jessica T. Gallardo__   (Seal)