Bob L. Olson (NV Bar No. 3783)
V.R. Bohman (NV Bar No. 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email:  bolson@swlaw.com
        vbohman@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Jason P. Fulton (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile:  (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
       jfulton@diamondmccarthy.com
       mjoerres@diamondmccarthy.com
       dreynolds@diamondmccarthy.com

*Attorneys for Plaintiff*
*Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, and DAVID JACOBY,<br><br>Defendants. | Case No. 2:19-00595-JAD-NJK<br><br>**PLAINTIFF SNOW COVERED CAPITAL LLC'S RESPONSE TO THE "MOTION FOR PARTIAL SUMMARY JUDGMENT RELATING TO ADDITIONAL CATEGORIES OF POST-FORECLOSURE DAMAGES" SUBMITTED BY DEFENDANTS WEIDNER AND JACOBY (ECF NO. 199) AND THE ESTATE OF ANDREW FONFA'S JOINDER IN THAT MOTION (ECF NO. 202).** |

Plaintiff Snow Covered Capital, LLC ("SCC"), by and through its counsel, Diamond McCarthy LLP, hereby files this Appendix of Exhibits to its Response to the Motion for Partial Summary Judgment Relating to Additional Categories of Post-Foreclosure Damages" Submitted

1

1033234v2

by Defendants Weidner and Jacoby (ECF No. 199) and the Estate of Andrew Fonfa's Joinder in That Motion (ECF No. 202). Exhibits included in this Appendix are referenced in SCC's response as "Appx. Exh. ___."

**EXHIBITS**

| Ex. No. | Sub. Exhibit No. | Description | Pages |
|---|---|---|---|
| EX. 1 | | Declaration of Enrique Landa | VOL 1: 000001-000007 |
| | Exhibit A to EX. 1 | Construction Loan Agreement | VOL 1: 000008-000058 |
| | Exhibit B to EX. 1 | Secured Promissory Note (Construction Loan) | VOL 1: 000059-000065 |
| | Exhibit C to EX. 1 | Secured Promissory Note (Line of Credit) | VOL 1: 000066-000072 |
| | Exhibit D to EX. 1 | Construction Deed of Trust (With Assignment of Leases and Rents, Security Agreement and Fixture Filing) | VOL 1: 000073-000110 |
| | Exhibit E to EX. 1 | Recourse Obligations Guaranty (May 3, 2016) | VOL 1: 000111-000126 |
| | Exhibit F to EX. 1 | Written Statement of Default (August 8, 2017) | VOL 1: 000127-000130 |
| | Exhibit G to EX. 1 | Notice of Default and Demand Letter (August 18, 2017) | VOL 1: 000131-000134 |
| | Exhibit H to EX. 1 | Substitution of Trustee (August 22, 2017) | VOL 1: 000135-000137 |
| | Exhibit I to EX. 1 | Notice of Default and Election to Sell Under Deed of Trust (September 1, 2017) | VOL 1: 000138-000142 |
| | Exhibit J to EX. 1 | SCC's Notice of the Trustee's Sale for February 6, 2018 | VOL 1: 000143-000147 |
| | Exhibit K Part 1 to EX. 1 | LDLP Bankruptcy Petition | VOL 1: 000148-000172 |
| | Exhibit L to EX. 1 | Snell & Wilmer Demand Letter (March 2, 2018) | VOL 1: 000173-000180 |
| | Exhibit M to EX. 1 | SCC Renewed Motion for Relief from Stay | VOL 1: 000181-000204 |
| | Exhibit N to EX. 1 | Order Granting SCC's Renewed Motion for Relief from Stay | VOL 1: 000205-000216 |
| | Exhibit O to EX. 1 | Notice of Trustee's Sale (October 30, 2018) | VOL 1: 000217-000222 |
| | Exhibit P to EX. 1 | Declaration of Mailing Notice of | VOL 1: 000223-000239 |

1033234v2

|   |   |   |
|---|---|---|
|   |   | Trustee Sale |   |
| Exhibit Q to EX. 1 | Trustee's Deed Upon Sale (November 25, 2018) | VOL 1: 000240-000245 |
| Exhibit R to EX. 1 | Order Granting Motion for Relief from the Automatic Stay to Initiate and Conduct Proceedings to Obtain Deficiency Judgment Stay | VOL 1: 000246-000249 |
| Exhibit S to EX. 1 | Plaintiff Snow Covered Capital, LLC's First Supplemental Objections and Supplemental Response to William Weidner and David Jacoby's First Set of Interrogatories | VOL 2: 000250-000275 |
| Exhibit T to EX. 1 | Ex. A and the Materials Referenced in SCC's Supplemental Interrogatory Response | VOL 2: 000276-000280 |
| Exhibit T.01 to EX. 1 | LD Construction Loan Promissory Note 050316 | VOL 2: 000281-000287 |
| Exhibit T.02 to EX. 1 | LD Revolver Promissory Note Final 050316 | VOL 2: 000288-000294 |
| Exhibit T.03 to EX. 1 | Lucky Dragon Escrow and Deposit | VOL 2: 000295-000296 |
| Exhibit T.04 to EX. 1 | 2016_05_11 Lucky Dragon Deed of Trust Recorded 4830-1920-0858_1 | VOL 2: 000297-000334 |
| Exhibit T.05 to EX. 1 | 2016_05_11 LRRC Opinion Lucky Dragon May 2016 4828-3445-4874_1 | VOL 2: 000335-000348 |
| Exhibit T.06 to EX. 1 | 2016_05_04 UCC Financing Statement of Lucky Dragon, LP 4849-9576-6618_1 | VOL 2: 000349-000354 |
| Exhibit T.07 to EX. 1 | 2016_05_03 Recourse Obligations Guaranty between Weidner Fonfa Jacoby and Snow | VOL 2: 000355-000370 |
| Exhibit T.08 to EX. 1 | 2016_05_03 Construction Loan Agreement between Lucky Dragon and Snow | VOL 2: 000371-000421 |
| Exhibit T.09 to EX. 1 | 05 10 2016 Signed Soft Cost Draw Request 5-11-16 | VOL 2: 000422-000435 |
| Exhibit T.10 to EX. 1 | 12 20 16 Draw Request 12-20-16 copy | VOL 2: 000436-000437 |
| Exhibit T.11 to EX. 1 | 11 2016 SCC Lucky Dragon Revolver Draw 22 | VOL 2: 000438-000439 |
| Exhibit T.12 to EX. 1 | 11 2016 SCC Lucky Dragon | VOL 2: 000440-000447 |

3

1033234v2

| | | | |
|---|---|---|---|
| | | Revolver Draw 12 | |
| | Exhibit T.13 to EX. 1 | 11 2016 Construction Loan Draw | VOL 2:  000448-000455 |
| | Exhibit T.14 to EX. 1 | 10 2016 Construction Loan Draw | VOL 2:  000456-000457 |
| | Exhibit T.15 to EX. 1 | 09 2016 Lucky Dragon Revolver Signed Draw Request 9-6-16 | VOL 2:  000458-000459 |
| | Exhibit T.16 to EX. 1 | 08 2016 Construction Loan Draw | VOL 2:  000460-000477 |
| | Exhibit T.17 to EX. 1 | 07 2016 Lucky Dragon revolver request - executed | VOL 2:  000478-000479 |
| | Exhibit T.18 to EX. 1 | 07 2016 Construction Loan Draw | VOL 2:  000480-000493 |
| | Exhibit T.19 to EX. 1 | 06 2016 Funding Draw 2016 Construction Loan | VOL 3:  000494-000507 |
| | Exhibit T.20 to EX. 1 | 05 2016 Funding Draw Construction Loan | VOL 3:  000508-000517 |
| | Exhibit T.21 to EX. 1 | 05 11 16 Revolver Draw Request | VOL 3:  000518-000519 |
| | Exhibit T.22 to EX. 1 | Snow Covered Capital - Construction and Revolver Loan Disbursements | VOL 3:  000520-000522 |
| | Exhibit T.23 to EX. 1 | Loan proceeds transfers and draws | VOL 3:  000523-000583 |
| | Exhibit T.24 to EX. 1 | NEW 2018 0607 - Lucky Dragon LP - Claim 9 4829- 8389-2072_1 | VOL 3:  000584-000650 |
| | Exhibit T.25 to EX. 1 | Payment by Debtor | VOL 3:  000651-000652 |
| | Exhibit T.26 to EX. 1 | 2018 1012 - A-18-781726-C - Receivership Certificate #1 | VOL 3:  000653-000657 |
| | Exhibit T.27 to EX. 1 | 2019 0102 - A-18-781726-C - Receivership Certificate # 2 | VOL 3:  000658-000662 |
| | Exhibit T.28 to EX. 1 | 2019 0212 - A-18-781726-C - Receivership Certificate # 3 | VOL 3:  000663-000667 |
| | Exhibit T.29 to EX. 1 | 2019 0212- A-18-781726-C - Receivership Certificate # 4 | VOL 3:  000668-000672 |
| | Exhibit T.30 to EX. 1 | 2019 0320 - A-18-781726-C - Receivership Certificate #5 | VOL 3:  000673-000677 |
| | Exhibit T.31 to EX. 1 | 2019 0502 - A-18-781726-C - Receivership Certificate #6 | VOL 3:  000678-000682 |
| | Exhibit T.32 to EX. 1 | 2019 0604 - A-18-781726-B - Receivership Certificate # 7 | VOL 3:  000683-000687 |
| | Exhibit T.33 to EX. 1 | 2019 0620 - A-18-781726-B - Receiver Final Rpt | VOL 4:  000688-000841 |
| | Exhibit T.34 to EX. 1 | 2019 0924 - A-18-781726-B - SAO to Terminate Receivership | VOL 4:  000842-000848 |

| | | | |
|---|---|---|---|
| | Exhibit T.35 to EX. 1 | 2018 0926 - A-18-781726-B - Complaint 4828-4104-5167_1 | VOL 5: 000849-000998 |
| | Exhibit T.36 to EX. 1 | 2018 0927 - A-18-781726-B - Order Apptg Receiver 4833-7929-2335_1 | VOL 5: 000999-001012 |
| | Exhibit T.37 to EX. 1 | 2018 1114 - A-18-781726-B - Nunc Pro Tunc Amend to Order Apptg Receiver 4845-5586-0143_1 | VOL 5: 001013-001016 |
| | Exhibit T.38 to EX. 1 | 2019 04 23 - A-18-781726-B - Order 4810-5171-5759_1 | VOL 5: 001017-001019 |
| | Exhibit T.39 to EX. 1 | Invoice First American Final Invoice 11218 | VOL 5: 001020-001021 |
| | Exhibit T.40 to EX. 1 | Trustee Deed Upon Sale | VOL 5: 001022-001027 |
| | Exhibit T.41 to EX. 1 | Anti-Kickbacks Rider | VOL 5: 001028-001030 |
| | Exhibit T.42 to EX. 1 | Assignment of Purchase and Sale Agreement | VOL 5: 001031-001034 |
| | Exhibit T.43 to EX. 1 | Bill of Sale | VOL 5: 001035-001040 |
| | Exhibit T.44 to EX. 1 | Conformed Deed | VOL 5: 001041-001045 |
| | Exhibit T.45 to EX. 1 | Declaration of Value form | VOL 5: 001046-001049 |
| | Exhibit T.46 to EX. 1 | First Amendment to Purchase Agreement [DFA EXECUTED] | VOL 5: 001050-001054 |
| | Exhibit T.47 to EX. 1 | Grant Bargain Sale Deed | VOL 5: 001055-001061 |
| | Exhibit T.48 to EX. 1 | Lucky Dragon PSA Ahern and SCC Fully Executed 03012019 | VOL 5: 001062-001085 |
| | Exhibit T.49 to EX. 1 | Seller Atty Closing Instruction Letter | VOL 6: 001086-001091 |
| | Exhibit T.50 to EX. 1 | Seller Settlement Statement | VOL 6: 001092-001093 |
| | Exhibit T.51 to EX. 1 | Trustee Deed Upon Sale | VOL 6: 001094-001099 |
| | Exhibit T.52 to EX. 1 | CBRE Sale Listing Agreement - Lucky Dragon | VOL 6: 001100-001104 |
| | Exhibit T.53 to EX. 1 | Lucky Dragon 363-Sale Proposal | VOL 6: 001105-001127 |
| | Exhibit T.54 to EX. 1 | 2019 0325 CenturyLink-SCC Settlement Agrmt 4812- 4924-7631_1 | VOL 6: 001128-001134 |
| | Exhibit T.55 to EX. 1 | Century Link 15.1 proof of claim | VOL 6: 001135-001142 |
| | Exhibit T.56 to EX. 1 | FINALPDSASSETPURCHASE EXECUTED 4838-3747-1636_1 | VOL 6: 001143-001184 |
| | Exhibit T.57 to EX. 1 | Bill of Sale - PDS (Executed) | VOL 6: 001185-001194 |

5

1033234v2

| | | | |
|---|---|---|---|
| 1 | | | 4840-4797-3524_1 | |
| 2 | | Exhibit T.58 to EX. 1 | INVOICE H-18-07 Lucky Dragon Update | VOL 6:  001195-001196 |
| 3 | | Exhibit T.59 to EX. 1 | INVOICE H-18-07A Trial Testimony | VOL 6:  001197-001198 |
| 4-5 | | Exhibit T.60 to EX. 1 | Microsoft Word - Engagement Letter - Lucky Dragon 1- 10-2018.doc copy.pdf | VOL 6:  001199-001203 |
| 6 | | Exhibit T.61 to EX. 1 | PDS proof of claim 43.1 filed.pdf | VOL 6:  001204-001236 |
| 7-8 | | Exhibit T.62 to EX. 1 | PDS proof of claim 43.2 filed.pdf | VOL 6:  001237-001265 |
| 9 | | Exhibit T.63 to EX. 1 | PDS proof of claim 43.3 filed.pdf | VOL 6:  001266-001294 |
| 10 | | Exhibit T.64 to EX. 1 | 26543 154283 053118 REMIT | VOL 6:  001295-001296 |
| 11-13 | | Exhibit T.65 to EX. 1 | 2018 0302 Ltr Olson to W_Wediner _ A_Fonfa_ D_Jacoby re Secured Promissory Note Cert Mail Attach  4836-6270-8067_1 | VOL 6:  001297-001305 |
| 14 | | Exhibit T.66 to EX. 1 | Tax Statement 2017-Cont | VOL 6:  001306-001312 |
| | | Exhibit T.67 to EX. 1 | Aug 8, 2017 Default letter | VOL 6:  001313-001316 |
| 15 | | Exhibit T.68 to EX. 1 | Aug 18, 2017 Notice of Default | VOL 6:  001317-001320 |
| 16-20 | | Exhibit T.69 to EX. 1 | Lucky Dragon Loan Balance by Day 123019.pdf (previously incorrectly identified as SCC_A026774  Lucky Dragon Loan Balance By Day 123019 and incorrectly identified as stamped SCC-A026774 to SCC_A026820) | VOL 7:  001321-001398 |
| 21 | | Exhibit T.70 to EX. 1 | Consulting Agreement Michael Brunet | VOL 7:  001399-001406 |
| 22 | | Exhibit T.71 to EX. 1 | First American Invoices | VOL 7:  001407-001411 |
| 23 | | Exhibit T.72 to EX. 1 | Stewart Title invoices | VOL 7:  001412-001415 |
| | | Exhibit T.73 to EX. 1 | Snell & Wilmer invoices | VOL 7:  001416-001437 |
| 24-26 | | Exhibit T.74 to EX. 1 | Snell & Wilmer invoices | VOL 8:  001438-001687; VOL 9:  001688-001937; VOL10: 001938-002158; |
| 27 | | Exhibit T.75 to EX. 1 | Diamond McCarthy Engagement letter | VOL11:  002159-002184 |
| 28 | | Exhibit T.76 to EX. 1 | Lucky Dragon Loan Balance by Day_SCCA037050 | VOL11: 002185-002302 |

1033234v2

|   |   |   |   |
|---|---|---|---|
|   | Exhibit T.77 to EX. 1 | Motion to Sell Property and related entries and orders filed in the Bankruptcy action of Lucky Dragon Hotel & Casino LLC. | VOL11: 002303-002327 |
|   | Exhibit U to EX. 1 | Enrique Landa 4/27/21 deposition excerpts. | VOL11: 002328-002338 |
|   | Exhibit K Part 2 to EX. 1 | Lucky Dragon Hotel & Casino LLP petition | VOL11: 002339-002362 |
| EX. 2 |   | Declaration of Shelly Krohn 10.02.19 | VOL12: 002363-002368 |
| EX. 3 |   | Defendant Andrew Fonfa 2/25/20 Deposition Excerpts | VOL12: 002369-002376 |
| EX. 4 |   | Defendant David Jacoby 2/26/20 Deposition Excerpts | VOL12: 002377-002386 |
| EX. 5 |   | William Weidner 3/3/20 Deposition Excerpts | VOL12: 002387-002397 |
| EX. 6 |   | Defendant Fonfa's Answers to SCC's 1st Set of Interrogatories (January 23, 2020) | VOL12: 002398-002414 |
| EX. 7 |   | Defendant Jacoby's Answers to SCC's 1st Set of Interrogatories (January 31, 2020) | VOL12: 002415-002425 |
| EX. 8 |   | Defendant Weidner's Answers to SCC's 1st Set of Interrogatories (January 31, 2020) | VOL12: 002426-002436 |
| EX. 9 |   | Declaration of James D. McCarthy | VOL12: 002437-002439 |
|   | Exhibit A to EX. 9 | Nevada Legislative History A.B. 493 | VOL12: 002440-002471 |
|   | Exhibit B to EX. 9 | Nevada Legislative History S.B. 479 | VOL12: 002472-002536 |

By: */s/ James D. McCarthy*
James D. McCarthy (*pro hac vice*)
Jason P. Fulton (*pro hac vice*)
Mary Ann Joerres (*pro hac vice*)
David Reynolds (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com
mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com

7

1033234v2

**and**

Bob L. Olson (NV Bar No. 3783)
V. R. Bohman (NV Bar No. 13075)
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
bolson@swlaw.com
vrbohman@swlaw.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

8

1033234v2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Diamond McCarthy, and that on December 3, 2021, the above referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system, all pursuant to Fed. R Civ. P. 5(b)(3) and LR 5-4.

Nicholas Santoro
Oliver J. Pancheri
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

**and**

David B. Snyder *(admitted Pro Hac Vice)*
David A. Doty
FOX ROTHSCHILD LLP
2000 Market St., 20th Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Defendants William Weidner and David Jacoby*

Robert Hernquist
Mark Gardberg,
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980

*Attorneys for the Estate of Andrew S. Fonfa*

*/s/  James D. McCarthy*
James D. McCarthy

9

1033234v2