# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No.: 2:19-cv-00595-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| WILLIAM WEIDNER, et al., | |
| Defendants | |

  This case was recently assigned to me. Plaintiff Snow Covered Capital, LLC and defendant Lucky Dragon, LP previously agreed to dismiss Lucky Dragon's counterclaims and potential third-party claims with prejudice, and to refer the matter of Lucky Dragon's liability on SCC's claims against it to the bankruptcy court. ECF No. 169 at 8. Consequently, I direct the clerk of court to terminate Nellie LLC, 1421 Capital LLC, and Associate Capital LLC as parties to this action because Lucky Dragon has dismissed its claims against those entities with prejudice.

  It is not clear to me whether SCC and Lucky Dragon (along with trustee Shelley D. Krohn) anticipate coming back to this court following the bankruptcy court's determination. If they do not, then Lucky Dragon and Shelley Krohn should be terminated as defendants in this case. I therefore direct those parties to confer and advise the court whether Lucky Dragon and Shelley Krohn should be terminated as parties in this civil action, without prejudice to the proceedings before the bankruptcy court. If they agree, they can file a joint motion reflecting their agreement. If these parties cannot agree, they should set forth their respective positions on the question.

I THEREFORE ORDER the clerk of court to terminate Nellie LLC, 1421 Capital LLC, and Associate Capital LLC as parties in this action.

I FURTHER ORDER that plaintiff Snow Covered Capital, LLC, defendant Lucky Dragon, LP, and trustee Shelley D. Krohn shall confer and advise the court whether Lucky Dragon, LP and Shelley Krohn should be terminated as parties in this civil action, without prejudice to the proceedings before the bankruptcy court.  By **August 15, 2022**, those parties shall file either a joint motion reflecting their agreement or a status report setting forth their respective positions on the question.

DATED this 13th day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE