Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
          mjoerres@diamondmccarthy.com
          dreynolds@diamondmccarthy.com

*Attorneys for Plaintiff*
*Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                    Plaintiff<br><br>vs.<br><br>WILLIAM WEIDNER, an individual, THE ESTATE OF ANDREW FONFA, a deceased individual and DAVID JACOBY, an individual<br><br>                    Defendants. | Case No. 2:19-00595-APG-NJK<br><br>**STIPULATION TO EXTEND DRAFTING SCHEDULE FOR THE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants Estate of Andrew Fonfa, Weidner, and Jacoby, stipulate and agree that each party shall have additional time to draft and file the Proposed Joint Pretrial Order. This is the first request for an extension.

The extensions are necessary because two of the Diamond McCarthy, LLP partners most involved in representing SCC have been recently unavailable and are likely to be unavailable in

the near or even medium terms, due to sudden medical problems that could not have been anticipated. These problems have been explained to defense counsel and they have agreed to the extensions as a result. The short extensions sought here will allow Diamond McCarthy, LLP and SCC to adapt to these very changed circumstances and still produce the documents required.

On July 15, 2022, this Court ordered the parties to "confer on a schedule to conclude this case." *See* ECF No. 264. The parties did confer and filed their "Response to the Scheduling Issues Raised in this Court's July 15, 2022 Order," *see* ECF No. 269, on August 5, 2022. As part of that response, the parties jointly proposed a schedule relative to the drafting and filing of the Proposed Joint Pretrial Order. *Id.* at 2. The Court approved that schedule by minute order dated August 8, 2022. *See* ECF No. 270.

The parties proposed to extend the schedule for drafting and filing the Joint Proposed Pretrial Order by approximately two weeks. The proposed changes would be as follows:

| Task | Current Due Date | Proposed Due Date |
| --- | --- | --- |
| The parties are to exchange their drafts of the proposed pretrial order. | November 7, 2022 | November 21, 2022 |
| Each party is to provide the opposing parties with their written objections and comments to the November drafts. | December 9, 2022 | December 21, 2022 |
| The Proposed Joint Pretrial Order is to be filed in this Court. | January 20, 2023 | February 3, 2023 |

This stipulation is submitted for the limited purpose of extending the above deadlines and is without prejudice to any parties' rights.

1057407v2                                                                                                       2

**WHEREAS, PREMISES CONSIDERED**, the parties respectfully request that this Court endorse the foregoing stipulation, and the extensions proposed therein, and make this stipulation the Court's own order.

Dated: November 3, 2022

**STIPULATED AND AGREED BY ALL PARTIES:**

By: */s/ Nicholas Santoro*
Nicholas Santoro (NV Bar No. 532)
Oliver J. Pancheri (NV Bar No. 7476)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771/Fax: (702) 948-8773
nsantoro@santoronevada.com
opancheri@santoronevada.com

*Attorneys for Defendants William Weidner And David Jacoby*

By: */s/ James D. McCarthy*
James D. McCarthy (*pro hac vice*)
Mary Ann Joerres (*pro hac vice*)
David Reynolds (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
jmccarthy@diamondmccarthy.com
mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com

By: */s/ Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Tel.: (702) 257-1483/Fax: (702) 567-1568
rwh@h2law.com
mjg@h2law.com

**and**

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.: (702) 784-5200
bolson@swlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Snow Covered Capital, LLC*

IT IS SO ORDERED:

Dated: November 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE