NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
　　　 opancheri@santoronevada.com

DAVID B. SNYDER, ESQ. (admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendants William Weidner and David Jacoby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br> WILLIAM WEIDNER, *et al.*, <br><br> Defendants. <br><br> AND ALL RELATED MATTERS. | Case No.  2:19-cv-00595-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SNOW COVERED CAPITAL, LLC and Defendants ESTATE OF ANDREW FONFA, WILLIAM WEIDNER, and DAVID JACOBY, pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, by their respective counsel, that the parties shall have additional time to draft and file the Proposed Joint Pretrial Order ("***JPTO***").  This is the second request for an extension.

The extension is necessary because Nicholas J. Santoro, Esq. and Oliver J. Pancheri, Esq. of Santoro Whitmire, counsel for Defendants Weidner and Jacoby, are involved in a JAMS Arbitration before the Honorable Justice Mark Gibbons (Ret.), the first phase of which began on January 9, 2023 and is scheduled to continue through January 26 or 27, 2023.  The timing has been discussed with counsel and the parties have agreed to a three-week extension to the current deadline, February 3, 2023, in order to allow the parties a meaningful opportunity to pare down the issues in the final JPTO.

On July 15, 2022, this Court ordered the parties to "confer on a schedule to conclude this case." (ECF No. 264).  The parties did confer and filed their "Response to the Scheduling Issues Raised in this Court's July 15, 2022 Order" on August 5, 2022.  (ECF No. 269).  As part of that response, the parties jointly proposed a schedule relative to the drafting and filing of the Proposed Joint Pretrial Order.  (*Id*. at 2).  The Court approved that schedule by minute order dated August 8, 2022.  (ECF No. 270).

On November 3, 2022, the parties submitted a "Stipulation to Extend Drafting Scheduled for the Proposed Joint Pretrial Order (First Request)." (ECF No. 276).  The Court granted the stipulation on November 4, 2022 (ECF No. 277) setting the deadline for the parties to submit the JPTO on February 3, 2023.  In conformity with such stipulation, the parties exchanged objections/written comments to their respective initial drafts on December 21, 2022.  The parties having now exchanged both their initial drafts and subsequent objections/comments to each other's submission, the sole remaining deadline in the Court-ordered schedule is the filing of the JPTO with the Court.  The parties desire to meet and confer further for the purpose of attempting to pare down the issues in the JPTO, which are substantial.  Given the schedule of the arbitration

in which counsel for Weidner and Jacoby are involved, additional time is needed for this purpose.

The parties now respectfully propose to extend the filing of the JPTO by three weeks to and including February 24, 2023. Good cause exists for the extension set forth herein. This is the second request for an extension of this deadline and is not intended to cause any delay.

This stipulation is submitted for the limited purpose of extending the above deadline and is without prejudice to any parties' rights.

Dated this 12th day of January 2023.

| | |
|---|---|
| */s/ Oliver J. Pancheri* | */s/ Bob L. Olson* |
| NICHOLAS SANTORO (NV Bar No. 532) | JAMES D. MCCARTHY (*Pro Hac Vice*) |
| OLIVER J. PANCHERI (NV Bar No. 7476) | MARY ANN JOERRES (*Pro Hac Vice*) |
| **SANTORO WHITMIRE** | DAVID REYNOLDS (*Pro Hace Vice*) |
| 10100 W. Charleston Blvd., Suite 250 | **DIAMOND MCCARTHY, LLP** |
| Las Vegas, Nevada 89135 | 2711 N. Haskell Ave., Suite 3100 |
| Tel.: (702) 948-8771 / Fax: (702) 948-8773 | Dallas, Texas 75204 |
| Email: nsantoro@santoronevada.com | Tel.: (214) 389-5300 / Fax: (214) 389-0000 |
| opancheri@santoronevada.com | Email: jmccarthy@diamondmccarthy.com |
| | mjoerres@diamondmccarthy.com |
| DAVID B. SNYDER (admitted *Pro Hac Vice*) | dreynolds@diamondmccarthy.com |
| **FOX ROTHSCHILD LLP** | |
| 2000 Market St., 20th Floor | BOB L. OLSON (NV Bar No. 3783) |
| Philadelphia, Pennsylvania 19103 | **SNELL & WILMER, L.L.P.** |
| Tel.: (215) 299-2000 / Fax: (215) 299-2150 | 3883 Howard Hughes Pkwy, Suite 1100 |
| Email: dsnyder@foxsrothchild.com | Las Vegas, Nevada 89169 |
| | Tel.: (702) 784-5200 / Fax: (702) 784-5252 |
| *Attorneys for Defendants William Weidner and David Jacoby* | Email: bolson@swlaw.com |
| | *Attorneys for Plaintiff/Counter Defendant Snow Covered Capital, LLC* |

*/s/ Robert Hernquist*
ROBERT HERNQUIST (NBN 10616)
MARK GARDBERG (NBN 10879)
**HOWARD & HOWARD ATTORNEYS**
Wells Fargo Tower
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169-5980
Tel.: (702) 257-1483 / Fax (702) 567-1568
Email: rwh@h2law.com
        mg@h2law.com

*Attorneys for Defendant Jody Fonfa, as executrix to decedent estate of Andrew Fonfa*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2023