NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
       opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendants William Weidner and David Jacoby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | Case No. 2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY AND EXHIBITS RELATING TO UNCONSUMMATED "OFFERS" OR LETTERS OF INTENT REGARDING POTENTIAL PURCHASES OF THE LUCKY DRAGON HOTEL & CASINO PROPERTY [ECF NO. 289]**<br><br>**(First Request)** |

Defendants ESTATE OF ANDREW FONFA, WILLIAM WEIDNER, ("Weidner") and DAVID JACOBY ("Jacoby") (collectively, "Defendants") and Plaintiff SNOW COVERED CAPITAL, LLC ("SCC") hereby stipulate to an extension of time for Defendants to file their response brief to SCC's Motion to Exclude Testimony and Exhibits Relating to Unconsummated "Offers" or Letters of Intent Regarding Potential Purchases of the Lucky Dragon Hotel & Casino Property ("Motion") (ECF No. 289) from June 13, 2023 to June 20, 2023.

Good cause exists for this extension as counsel for Weidner and Jacoby have been in a lengthy arbitration proceeding that began in January 2023 and has lasted over 50 days, including hearing dates from this week and next. Defendants seek a seven (7) day extension in which to file a response to SCC's Motion.

This is the first request to extend Defendants' response deadline.

IT IS SO STIPULATED.

/s/ James D. McCarthy
JAMES D. MCCARTHY, ESQ.
(Admitted *Pro Hac Vice*)
MARY ANN JOERRES, ESQ.
(Admitted *Pro Hac Vice*)
DAVID REYNOLDS, ESQ.
(Admitted *Pro Hace Vice*)
**DIAMOND MCCARTHY, LLP**
2711 N. Haskell Ave., Suite 3100
Dallas, Texas 75204
Tel.: (214) 389-5300 / Fax: (214) 389-0000
Email: jmccarthy@diamondmccarthy.com
         mjoerres@diamondmccarthy.com
         dreynolds@diamondmccarthy.com

BOB L. OLSON, ESQ.
Nevada Bar No. 3783
**SNELL & WILMER, L.L.P.**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Tel.: (702) 784-5200 / Fax: (702) 784-5252
Email: bolson@swlaw.com

*Attorneys for Plaintiff/Counter Defendant Snow Covered Capital, LLC*

/s/ Oliver J. Pancheri
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
         opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market St., 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendants William Weidner and David Jacoby*

*/s/ Robert Hernquist*
ROBERT HERNQUIST, ESQ.
Nevada Bar No. 10616
MARK GARDBERG, ESQ.
Nevada Bar No. 10879
**HOWARD & HOWARD ATTORNEYS**
Wells Fargo Tower
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169-5980
Tel.: (702) 257-1483 / Fax (702) 567-1568
Email: rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jody Fonfa, as executrix to decedent estate of Andrew Fonfa*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2023
2:19-cv-00595-APG-NJK
Snow Covered Capital, LLC v. Weidner et al

- 3 -