1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 532
2  OLIVER J. PANCHERI, ESQ.
   Nevada Bar No. 7476
3  **HOLLEY DRIGGS**
   300 South 4th Street, Suite 1600
4  Las Vegas, Nevada 89101
   Tel.: (702) 791-0308 / Fax: (702) 791-1912
5  Email: nsantoro@nevadafirm.com
              opancheri@nevadafirm.com
6
7  DAVID B. SNYDER, ESQ.
   (Admitted *Pro Hac Vice*)
8  **FOX ROTHSCHILD LLP**
   2000 Market Street, 20th Floor
9  Philadelphia, Pennsylvania 19103
   Tel.: (215) 299-2000 / Fax: (215) 299-2150
10 Email: dsnyder@foxsrothchild.com

11 *Attorneys for Defendants William Weidner and David Jacoby*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SNOW COVERED CAPITAL, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>     Defendants. | Case No. 2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THOSE OUTDATED APPRAISALS AND OTHER VALUATIONS OF THE SUBJECT PROPERTY HAVING NO RELEVANCE TO THE PROPERTY'S FAIR MARKET VALUE ON THE OCTOBER 30, 2018 FORECLOSURE DATE [ECF NO. 295]** |
|---|---|
| AND ALL RELATED MATTERS. | **(First Request)** |

Defendants ESTATE OF ANDREW FONFA, WILLIAM WEIDNER, ("Weidner") and DAVID JACOBY ("Jacoby") (collectively, "Defendants") and Plaintiff SNOW COVERED CAPITAL, LLC ("SCC") hereby stipulate to an extension of time for Defendants to file their response brief to SCC's Motion in Limine to Exclude those Outdated Appraisals and Other Valuations of the Subject Property Having No Relevance to the Property's Fair Market Value on the October 30, 2018 Foreclosure Date ("Motion") (ECF No. 295) from June 28, 2023 to July 5, 2023.

Good cause exists for this extension as counsel for Weidner and Jacoby, Nicholas J. Santoro, Esq., is out of town in Chicago this week attending his daughter's wedding. Defendants seek a seven (7) day extension in which to file a response to SCC's Motion.

This is the first request to extend Defendants' response deadline.

IT IS SO STIPULATED.

*/s/ James D. McCarthy*
JAMES D. MCCARTHY, ESQ.
(Admitted *Pro Hac Vice*)
MARY ANN JOERRES, ESQ.
(Admitted *Pro Hac Vice*)
DAVID REYNOLDS, ESQ.
(Admitted *Pro Hace Vice*)
**DIAMOND MCCARTHY, LLP**
2711 N. Haskell Ave., Suite 3100
Dallas, Texas 75204
Tel.: (214) 389-5300 / Fax: (214) 389-0000
Email: jmccarthy@diamondmccarthy.com
  mjoerres@diamondmccarthy.com
  dreynolds@diamondmccarthy.com

BOB L. OLSON, ESQ.
Nevada Bar No. 3783
**SNELL & WILMER, L.L.P.**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Tel.: (702) 784-5200 / Fax: (702) 784-5252
Email: bolson@swlaw.com

*Attorneys for Plaintiff/Counter Defendant Snow Covered Capital, LLC*

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
  opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market St., 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendants William Weidner and David Jacoby*

*/s/ Robert Hernquist*
ROBERT HERNQUIST, ESQ.
Nevada Bar No. 10616
MARK GARDBERG, ESQ.
Nevada Bar No. 10879
**HOWARD & HOWARD ATTORNEYS**
Wells Fargo Tower
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169-5980
Tel.: (702) 257-1483 / Fax (702) 567-1568
Email:  rwh@h2law.com
            mg@h2law.com

*Attorneys for Defendant Jody Fonfa, as executrix to decedent estate of Andrew Fonfa*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2023
2:19-cv-00595-APG-NJK
SNOW COVERED CAPITAL, LLC,
v.
WILLIAM WEIDNER, et al.,

- 3 -