Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
          mjoerres@diamondmccarthy.com
          dreynolds@diamondmccarthy.com
          melissa.marrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>                    Defendants. | Case No.:  2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF SNOW COVERED CAPITAL, LLC ("SCC") TO RESPOND TO DEFENDANTS WEIDNER AND JACOBY "MOTION IN LIMINE SEEKING TO PRECLUDE: (1) "EVIDENCE RELATED TO FRAUDULENT TRANSFERS" [ECF NO. 325]; AND (2) "EVIDENCE RELATED TO PLAINTIFF'S PURPORTED POST-FORECLOSURE DAMAGES." [ECF NO. 324]**<br><br>**(First Request)** |

Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants William Weidner, David Jacoby and the Estate of Andrew Fonfa hereby stipulate to an extension of time for Plaintiff to file its response briefs to Defendants Weidner and Jacoby's Motions in Limine Seeking to Preclude: (1) "Evidence Related to Fraudulent Transfers" [ECF No. 325]; and (2) "Evidence Related to

1072247

1 Plaintiff's Purported Post-Foreclosure Damages" [ECF No. 324] from the current due date of
2 October 27, 2023 to November 3, 2023:
3 Good cause exists for this extension as the lawyers who are involved in responding to these motions
4 in limine have been tied up in other cases (including but not limited to winding up the settlement
5 of a separate federal court action) during the time for responding to these two motions. SCC
6 therefore seeks a seven (7) day extension in which to file its responses to the two motions in limine.
7     This is the first request to extend SCC's response deadline.
8 **IT IS SO STIPULATED.**
9 DATED this 26th day of October 2023.

| */s/ James D. McCarthy* | */s/ Oliver J. Pancheri* |
|---|---|
| James D. McCarthy (*admitted pro hac vice*) | Oliver J. Pancheri (NV Bar No. 7476) |
| MaryAnn Joerres (*admitted pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| David Reynolds (*admitted pro hac vice*) | HOLLEY DRIGGS |
| Melissa Marrero (*admitted pro hac vice*) | 300 South 4th Street, Suite 1600 |
| DIAMOND MCCARTHY, LLP | Las Vegas, NV 89101 |
| 2711 North Haskell Avenue, Suite 3100 | Telephone: (702) 791-0308 |
| Dallas, Texas 75204 | Facsimile: (702) 791-1912 |
| Telephone: (214) 389-5300 | opancheri@nevadafirm.com |
| Facsimile: (214) 389-5399 | nsantoro@nevadafirm.com |
| jmccarthy@diamondmccarthy.com | |
| mjoerres@diamondmccarthy.com | and |
| dreynolds@diamondmccarthy.com | |
| melissa.marrero@diamondmccarthy.com | David Brian Snyder (*admitted pro hac vice*) |
| | FOX ROTHSCHILD |
| *Attorneys for Plaintiff/Counter Defendant* | 2000 Market Street, 20th Floor |
| *Snow Covered Capital LLC* | Philadelphia, PA 19103 |
| | Telephone: (215) 299-2000 |
| And | Facsimile: (215-299-2150 |
| | dsnyder@foxsrothchild.com |
| Bob L. Olson (NV Bar No. 3783) | |
| SNELL & WILMER L.L.P. | *Attorneys for Defendants William Weidner and* |
| 3883 Howard Hughes Parkway, Suite 1100 | *David Jacoby* |
| Las Vegas, Nevada 89169 | |
| Telephone: (702) 784-5200 | |
| Facsimile: (702) 784-5252 | |
| bolson@swlaw.com | |

- 2 -

*/s/ Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jodi Fonfa, as Executrix to Decedent Estate of Andrew S. Fonfa*

**IT IS SO ORDERED.**

DATED   October 30, 2023

_____
UNITED STATES DISTRICT JUDGE