UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>WILLIAM WEIDNER, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-00595-APG-NJK<br><br>**Order Granting Emergency Motions to Withdraw**<br><br>[ECF Nos. 350, 353] |

　　　The emergency motions to withdraw as counsel for defendant David Jacoby filed by Nicholas J. Santoro and Oliver J. Pancheri (ECF No. 350) and by David B. Snyder (ECF No. 353) are hereby granted.  Messrs. Santoro, Pancheri, and Snyder no longer represent Mr. Jacoby in this case.  I direct them to send a copy of this order to Mr. Jacoby and his outside counsel Joseph Brophy, Esq.  Messrs. Santoro, Pancheri, and Snyder will continue to represent defendant William Weidner in this case.

　　　DATED this 28th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE