NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
           opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendant William Weidner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>                     Defendants. | Case No.: 2:19-cv-00595-APGNJK<br><br>**STIPULATION AND ORDER REGARDING STIPULATION TO WITHDRAW EVIDENCE REGARDING POST-FORECLOSURE SALE MARKETING EFFORTS AND SALE**<br><br>**(FIRST REQUEST)** |
| AND ALL RELATED MATTERS. | |

Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants William Weidner and the Estate of Andrew Fonfa (collectively the "Parties") hereby request an extension of time of an additional two days for the Parties to file a Stipulation regarding witnesses and exhibits that can be removed from their Pretrial lists.

On December 7, 2023, this court entered an order requiring, *inter alia*, the Parties to file by December 20, 2023, a stipulation regarding the withdrawal of witnesses and exhibits regarding post-foreclosure sale marketing efforts and sale (ECF 361). The Parties are requesting a two-day

extension to file that stipulation until December 22, 2023 at 5:00 p.m. PST.

Good cause exists for this two-day extension as the lawyers have been diligently working to prepare the stipulation to include the exhibits that will be attached to the stipulation.

This is the first request to extend this deadline.

**IT IS SO STIPULATED.**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2023

| DATED this 20th day of December 2023. | DATED this 20th day of December 2023. |
|---|---|
| SNELL & WILMER L.L.P. | HOLLEY DRIGGS |
| */s/ David Reynolds* | */s/ Oliver J. Pancheri* |
| Bob L. Olson (NV Bar No. 3783)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: (702) 784-5200 / Fax: (702) 784-5252 | Nicholas J. Santoro (NV Bar No. 0532)<br>Oliver J. Pancheri (NV Bar No. 7476)<br>300 South 4th Street, Suite 1600<br>Las Vegas, NV 89101<br>Tel: (702) 791-0308 / Fax: (702) 791-1912 |
| and | and |
| James D. McCarthy (*admitted pro hac vice*)<br>MaryAnn Joerres (*admitted pro hac vice*)<br>David Reynolds (*admitted pro hac vice*)<br>DIAMOND MCCARTHY, LLP<br>2711 North Haskell Avenue, Suite 3100<br>Dallas, Texas 75204<br>Tel: (214) 389-5300 / Fax: (214) 389-5399 | David B. Snyder (*admitted pro hac vice*)<br>FOX ROTHSCHILD<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Tel: (215) 299-2000 / Fax: (215-299-2150 |
| *Attorneys for Plaintiff Snow Covered Capital LLC* | *Attorneys for Defendant William Weidner* |

DATED this 20th day of December 2023.

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ Robert W. Hernquist*
Robert W. Hernquist (NV Bar No. 10616)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483 / Fax: (702) 567-1568
*Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa*