

1  PETER S. CHRISTIANSEN, ESQ.
   Nevada Bar No. 5254
2  pete@christiansenlaw.com
   710 S. 7th Street
3  Las Vegas, Nevada 89101
   Tel: (702) 240-7979
4  Fax: (866) 412-6992
5  *Conflict Counsel for William Weidner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA and DAVID JACOBY,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE RESPONSE DEADLINE TO PLAINTIFF SNOW COVERED CAPITAL, LLC'S AGREED MOTION TO DISMISS DEFENDANT DAVID JACOBY, WITH PREJUDICE [ECF NO. 362]** |

　　　　Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants William Weidner and the Estate of Andrew Fonfa, hereby stipulate that Defendant William Weidner shall have up to and including January 5, 2024 within which to file a response, if any, to Plaintiff SCC's Agreed Motion to Dismiss Defendant David Jacoby, with Prejudice [ECF No. 362], which was filed on December 12, 2023. The current response deadline to said Motion is December 26, 2023.

　　　　Good cause exists for the stipulated extension as undersigned counsel, Peter S. Christiansen, filed his Notice of Appearance as Conflict Counsel for Defendant Weidner [ECF No. 364] on December 20, 2023. Peter S. Christiansen requires additional time to familiarize himself with the matter in order to evaluate the necessity to file a response to ECF No. 364. Should Mr. Christiansen elect to respond to ECF No. 364, SCC shall have seven (7) days to file its reply to that response.

/ / /

/ / /

IT IS SO STIPULATED.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: December 22, 2023

DATED this 21st day of December 2023.

SNELL & WILMER L.L.P.

*/s/ James D. McCarthy*

Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200 / Fax: (702) 784-5252

**-and-**

James D. McCarthy (*admitted pro hac vice*)
MaryAnn Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Tel: (214) 389-5300 / Fax: (214) 389-5399
*Attorneys for Plaintiff Snow Covered Capital LLC*

DATED this 21st day of December 2023.

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ Robert W. Hernquist*

Robert W. Hernquist (NV Bar No. 10616)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483 / Fax: (702) 567-1568
*Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa*

DATED this 21st day of December 2023.

CHRISTIANSEN TRIAL LAWYERS

*/s/ Peter S. Christiansen*

PETER S. CHRISTIANSEN, ESQ.
Conflict Counsel for William Weidner

