NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxsrothchild.com

*Attorneys for Defendant William Weidner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>                    Defendants.<br><br>AND ALL RELATED MATTERS. | Case No.: 2:19-cv-00595-APGNJK<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING DEADLINES REGARDING PRE-FORECLOSURE DAMAGES [ECF 361]**<br><br>**(FIRST REQUEST)** |

Plaintiff Snow Covered Capital, LLC ("*SCC*"), Defendant William Weidner ("*Mr. Weidner*"), and the Estate of Andrew Fonfa (collectively, the "*Parties*") hereby submit this Stipulation to Extend the Remaining Deadlines Regarding Pre-Foreclosure Damages and request this Court enter an order extending the requested deadlines set forth in the Court's December 7, 2023 Minute Order (ECF 361).

On December 7, 2023, this court entered an order setting forth, *inter alia*, four deadlines to address the issue of pre-foreclosure damages:

(1) By December 27, 2023, Defendants are to respond to SCC's pre-foreclosure damage claims in writing;

(2) By January 3, 2024, the Parties are to meet and confer about the pre-foreclosure damages issues;

(3) By January 10, 2024, the Parties are to file a stipulation enumerating what agreements have been reached and what remains in dispute; and

(4) By January 17, 2024, the Parties are to file cross-briefs on the issue of pre-foreclosure damages.

ECF 361.

The Parties are requesting a seven-day extension to these deadlines. This is the first request for an extension of the deadlines set forth herein.

Good cause exists for the seven-day extension as Mr. Weidner's counsel has been working diligently to review SCC's list of pre-foreclosure damage claims ("***Pre-foreclosure damages***"), which were provided by SCC on December 13, 2023. On December 20, 2023, Mr. Weidner's counsel requested additional information to assist in the review of the pre-foreclosure damages and to extend the remaining deadlines by one week. SCC's counsel agreed to provide the additional information and to the extension. Further, good cause exists for the requested extensions in light of the upcoming holidays that limits the Parties' availability to review the pre-foreclosure damages and ability to meet and confer on this issue. Accordingly, the Parties respectfully request that this Court enter an order extending the deadlines related to the pre-foreclosure damages by seven-days as follows:

| Task | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Defendants' written response to SCC's pre-foreclosure damage claims. | December 27, 2023 by 5:00 PM | January 3, 2024 by 5:00 PM |
| The Parties are to meet and confer about the pre-foreclosure damages issue. | January 3, 2024 | January 10, 2024 |

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| A stipulation enumerating what agreements have been reached and what remains in dispute is to be filed. | January 10, 2024 by 5:00 PM | January 17, 2024 by 5:00 PM |
| The Parties are to file cross-briefs on the pre-foreclosure damages issue. | January 17, 2024 by 5:00 PM | January 24, 2024 by 5:00 PM |

**IT IS SO STIPULATED.**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____December 22, 2023_____

DATED this 22nd day of December 2023.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
_____
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
Fax: (702) 784-5252

          and

James D. McCarthy (*admitted pro hac vice*)
MaryAnn Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Tel: (214) 389-5300
Fax: (214) 389-5399

*Attorneys for Plaintiff Snow Covered Capital LLC*

DATED this 22nd day of December 2023.

HOLLEY DRIGGS

*/s/ Oliver J. Pancheri*
_____
Nicholas J. Santoro (NV Bar No. 0532)
Oliver J. Pancheri (NV Bar No. 7476)
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 791-0308
Fax: (702) 791-1912

          and

David B. Snyder *(admitted pro hac vice)*
FOX ROTHSCHILD
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215-299-2150

*Attorneys for Defendant William Weidner*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DATED this 22nd day of December 2023.

HOWARD & HOWARD ATTORNEYS PLLC

 /s/ Robert W. Hernquist
Robert W. Hernquist (NV Bar No. 10616)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483
Fax:  (702) 567-1568

*Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa*

HOLLEY DRIGGS