Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
         mjoerres@diamondmccarthy.com
         dreynolds@diamondmccarthy.com
         mmarrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, <br><br> Defendants. | Case No.: 2:19-cv-00595-APG-NJK <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR REPLIES IN SUPPORT OF SNOW COVERED CAPITAL, LLC'S AGREED MOTION TO DISMISS DEFENDANT DAVID JACOBY, WITH PREJUDICE** |

This Stipulation is entered into by and among Plaintiff Snow Covered Capital, LLC ("SCC"), and Defendant Jodi Fonfa, as executrix to decedent estate of Andrew S. Fonfa ("Executrix", and together with SCC, the "Parties") who agree, by and through their respective undersigned counsel, as follows:

WHEREAS, on December 12, 2023, SCC filed an *Agreed Motion to Dismiss Defendant David Jacoby, with Prejudice* ("Motion") [ECF No. 362];

4874-2693-4425

WHEREAS, on December 22, 2023, this Court entered the *Stipulation and Order Extending the Response Deadline to Plaintiff Snow Covered Capital, LLC's Motion to Dismiss Defendant David Jacoby, with Prejudice,* which stipulation extended the time for Defendant Weidner to respond to the Motion by seven (7) days or to January 5, 2024. [ECF 371].

WHEREAS, on December 27, 2023, the Estate of Andrew Fonfa filed its Opposition to the Motion ("Opposition") [ECF No. 374]; and

WHEREAS, the current reply date to the Opposition filed by Fonfa is January 3, 2024;

WHEREAS, if Weidner files an Opposition to the Motion on or before January 5, 2024, the replies to all oppositions would be due on or before January 12, 2024, but on different dates.

WHEREAS, SCC would like to avoid having to file multiple replies on different dates in support of the Motion.

The Parties have agreed to extend the subject reply date to January 12, 2024.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties hereby agree as follows:

1. All replies or other responses to the Oppositions and in support of the Motion may be filed on or before **January 12, 2024**.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 29th day of December 2023. | DATED this 29th day of December 2023. |
| SNELL & WILMER L.L.P. | HOWARD & HOWARD ATTORNEYS PLLC |
| */s/ Bob L. Olson* | */s/ Robert W. Hernquist* |
| Bob L. Olson (NV Bar No. 3783)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Tel.: (702) 784-5200<br>Fax: (702) 784-5252 | Robert W. Hernquist (NV Bar No. 10616)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Tel.: (702) 257-1483<br>Fax: (702) 567-1568 |
| -and- | *Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa* |
| James D. McCarthy (*admitted pro hac vice*)<br>MaryAnn Joerres (*admitted pro hac vice*)<br>David Reynolds (*admitted pro hac vice*)<br>Melissa Marrero (*admitted pro hac vice)*<br>DIAMOND MCCARTHY, LLP<br>2711 North Haskell Avenue, Suite 3100 | |

Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile:  (214) 389-5399

*Attorneys for Plaintiff Snow Covered Capital LLC*

# ORDER

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS SO ORDERED.**

DATED January 3, 2024.

_____
DISTRICT COURT JUDGE

- 3 -

4874-2693-4425