Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
       mjoerres@diamondmccarthy.com
       dreynolds@diamondmccarthy.com
       mmarrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER and THE ESTATE OF ANDREW FONFA <br><br> Defendants. | Case No.: 2:19-cv-00595-APG-NJK <br><br> **STIPULATION AND ORDER REGARDING STIPULATION TO WITHDRAW EVIDENCE REGARDING POST-FORECLOSURE SALE MARKETING EFFORTS AND SALE** <br><br> **(SECOND REQUEST)** |

Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants William Weidner and the Estate of Andrew Fonfa (collectively the "Parties") hereby request an extension of time of an additional week for the Parties to file a Stipulation regarding witnesses and exhibits that can be removed from their Pretrial lists. That extension would put the deadline for filing the potential stipulation as December 29, 2023 at 5:00 p.m. PST.

On December 7, 2023, this court entered an order requiring, *inter alia*, the Parties to file by December 20, 2023, a stipulation regarding the withdrawal of witnesses and exhibits regarding

1073526

post-foreclosure sale marketing efforts and sale (ECF 361). The Parties previously requested a two-day extension to file that stipulation until December 22, 2023 at 5:00 p.m. PST.

In addition to prior discussions and emails between counsel, on December 22, 2023 at 9 a.m. PST, the parties discussed the specific language of the stipulation and the documents to be included therein. During the call, the parties proposed an additional one-week extension in light of the upcoming Christmas holiday, an illness affecting one of the attorneys for SCC directly involved with the stipulation, and to further attempt to reach an agreement regarding the language of the stipulation and the materials included therein.

All counsel agree that good cause exists for this one week extension until December 29, 2023, as the lawyers have been diligently working to prepare the stipulation to include the exhibits that will be attached to the stipulation.

This is the second request to extend this deadline.

**IT IS SO STIPULATED.**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 12, 2024

DATED this 22nd day of December 2023.

SNELL & WILMER L.L.P.

*David Reynolds*
David Reynolds (*admitted pro hac vice*)
James D. McCarthy (*admitted pro hac vice*)
MaryAnn Joerres (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Tel: (214) 389-5300 / Fax: (214) 389-5399

and

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.

DATED this 20th day of December 2023.

HOLLEY DRIGGS

*Nicholas J. Santoro*
Nicholas J. Santoro (NV Bar No. 0532)
Oliver J. Pancheri (NV Bar No. 7476)
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 791-0308 / Fax: (702) 791-1912

and

David B. Snyder *(admitted pro hac vice)*
FOX ROTHSCHILD

- 2 -

| | | |
|---|---|---|
| 1 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 | 2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 |
| 2 | Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252 | Tel: (215) 299-2000 / Fax:  (215-299-2150 |
| 3 | Email:<br>*Attorneys for Plaintiff Snow Covered* | ʰ *Attorneys for Defendant William Weidner* |
| 4 | *Capital LLC* | |

DATED this 20th day of December 2023.

HOWARD & HOWARD ATTORNEYS PLLC

*Howard W. Hernquist*
_____
Howard W. Hernquist (NV Bar No. 10616)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483 / Fax:  (702) 567-1568
*Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa*