NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: nsantoro@nevadafirm.com
            opancheri@nevadafirm.com

DAVID B. SNYDER, ESQ.
(Admitted *Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Tel.: (215) 299-2000 / Fax: (215) 299-2150
Email: dsnyder@foxrothschild.com

*Attorneys for Defendant William Weidner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>WILLIAM WEIDNER, *et al.*,<br><br>                              Defendants. | Case No.:  2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REMAINING DEADLINES REGARDING PRE-FORECLOSURE DAMAGES [ECF 361]**<br><br>**(THIRD REQUEST)** |
| AND ALL RELATED MATTERS. | |

Plaintiff Snow Covered Capital, LLC ("***SCC***"), Defendant William Weidner ("***Mr. Weidner***"), and the Estate of Andrew Fonfa (collectively, the "***Parties***") hereby submit this Stipulation to Extend the Remaining Deadlines Regarding Pre-Foreclosure Damages and request this Court enter an order extending the deadlines originally set forth in the Court's December 7, 2023 Minute Order (ECF No. 361).

On December 7, 2023, this court entered an order setting forth, *inter alia*, five deadlines to address the issue of pre-foreclosure damages:

(1) By December 27, 2023, Defendants are to respond to SCC's pre-foreclosure damage claims in writing;

(2) By January 3, 2024, the Parties are to meet and confer about the pre-foreclosure damages issues;

(3) By January 10, 2024, the Parties are to file a stipulation enumerating what agreements have been reached and what remains in dispute;

(4) By January 17, 2024, the Parties are to file cross-briefs on the issue of pre-foreclosure damages; and

(5) By January 31, 2024, the Parties are to file responsive briefs on the issue of pre-foreclosure damages.

ECF No. 361.

On December 22, 2023, the Parties submitted a Stipulation and Order to Extend Remaining Deadlines Regarding Pre-Foreclosure Damages (First Request), requesting this Court extend four of the five remaining pre-foreclosure damages by seven days. ECF No. 369. The Court subsequently granted the seven-day extension request. ECF No. 375. On January 5, 2024, the Parties submitted a Stipulation and Order to Extend Remaining Deadlines Regarding Pre-Foreclosure Damages (Second Request), requesting this Court extend four of the five remaining pre-foreclosure damages by an additional seven days. ECF No. 387. The Court subsequently granted the extension request. ECF No. 392.

The Parties are now requesting the additional extensions to these deadlines outlined below. This is the third request for an extension of the deadlines set forth herein.

The parties have exchanged information and have met and conferred on certain items of damages but require the additional time for: (1) the parties to review information and materials; (2) for the parties to meet and confer; and (3) for the parties to work on reaching potential stipulations. The parties have shortened the briefing schedule for any potential briefs in order to avoid setting the briefing scheduling too close to the currently scheduled trial dates. The proposed schedule only extends the final response briefs by one day.

Accordingly, the Parties respectfully request that this Court enter an order extending the deadlines related to the pre-foreclosure damages as follows:

| Task | Current Deadline | Proposed New Deadline |
|---|---|---|
| A stipulation enumerating what agreements have been reached and what remains in dispute is to be filed. | January 24, 2024 by 5:00 PM | January 29, 2024 by 5:00 PM |
| The Parties are to file cross-briefs on the pre-foreclosure damages issue. | January 31, 2024 by 5:00 PM | February 5, 2024 by 5:00 PM |
| The Parties are to file responsive briefs on the pre-foreclosure damages issue. | February 7, 2024 by 5:00 PM | February 8, 2024 by 5:00 PM |

**IT IS SO STIPULATED.**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____ January 26, 2024 _____

DATED this 25th day of January 2024.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
_____
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
Fax:  (702) 784-5252

        and

James D. McCarthy (*admitted pro hac vice*)
MaryAnn Joerres (*admitted pro hac vice*)

DATED this 25th day of January 2024.

HOLLEY DRIGGS

*/s/ Oliver J. Pancheri*
_____
Nicholas J. Santoro (NV Bar No. 0532)
Oliver J. Pancheri (NV Bar No. 7476)
300 South 4th Street, Suite 1600
Las Vegas, NV 89101
Tel: (702) 791-0308
Fax:  (702) 791-1912

        and

David B. Snyder (*admitted pro hac vice*)
FOX ROTHSCHILD
2000 Market Street, 20th Floor

David Reynolds (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Tel: (214) 389-5300
Fax:  (214) 389-5399

*Attorneys for Plaintiff Snow Covered Capital LLC*

Philadelphia, PA 19103
Tel: (215) 299-2000
Fax:  (215)-299-2150

*Attorneys for Defendant William Weidner*

DATED this 25th day of January 2024.

HOWARD & HOWARD ATTORNEYS PLLC

 */s/ Robert W. Hernquist*
Robert W. Hernquist (NV Bar No. 10616)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483
Fax:  (702) 567-1568

*Attorneys for Jodi Fonfa, as Executrix of the Estate of Andrew S. Fonfa*