Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Damion D.D. Robinson *(admitted pro hac vice)*
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
       mjoerres@diamondmccarthy.com
       dreynolds@diamondmccarthy.com
       damion.robinson@diamondmccarthy.com
       melissa.marrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>                          Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>                          Defendants. | Case No.:  2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE PARTIES TO SUBMIT THEIR JOINT DEPOSITON DESIGNATIONS OBJECTIONS CHARTS** |

Plaintiff Snow Covered Capital, LLC ("***SCC***") and Defendants William Weidner ("***Weidner***") and the Estate of Andrew Fonfa (collectively, the "***Parties***") hereby stipulate to an extension of time for the parties to file their Joint Deposition Designations Objections Chart from the current due date of March 12, 2024 to March 15, 2024.

The Parties recently participated in a nine (9) day bench trial before Judge Gordon from February 26, 2024 through March 7, 2024. On the last day of trial, the Parties agreed on a deadline to submit their Joint Deposition Designations Objections Chart for six witnesses that would be testifying at trial via deposition.

The parties have been diligently working on their respective responses to the opposing party's objections and have exchanged some information but require additional time to consolidate (and confer on) all the various responses to the deposition objections for these six witnesses. The parties, therefore, seek a three (3) day extension in which to file their Joint Deposition Designations Objections Chart.

**IT IS SO STIPULATED.**

DATED this 12th day of March 2024.

| | |
|---|---|
| */s/ James D. McCarthy* | */s/ Oliver J. Pancheri* |
| James D. McCarthy (*admitted pro hac vice*) | Oliver J. Pancheri (NV Bar No. 7476) |
| MaryAnn Joerres (*admitted pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| David Reynolds (*admitted pro hac vice*) | HOLLEY DRIGGS |
| Melissa Marrero (*admitted pro hac vice*) | 300 South 4th Street, Suite 1600 |
| DIAMOND MCCARTHY, LLP | Las Vegas, NV 89101 |
| 2711 North Haskell Avenue, Suite 3100 | Telephone: (702) 791-0308 |
| Dallas, Texas 75204 | Facsimile: (702) 791-1912 |
| Telephone: (214) 389-5300 | opancheri@nevadafirm.com |
| Facsimile: (214) 389-5399 | nsantoro@nevadafirm.com |
| jmccarthy@diamondmccarthy.com | |
| mjoerres@diamondmccarthy.com | and |
| dreynolds@diamondmccarthy.com | |
| melissa.marrero@diamondmccarthy.com | David Brian Snyder (*admitted pro hac vice*) |
| | FOX ROTHSCHILD |
| *Attorneys for Plaintiff/Counter Defendant Snow Covered Capital LLC* | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103 |
| And | Telephone: (215) 299-2000 |
| | Facsimile: (215-299-2150 |
| Bob L. Olson (NV Bar No. 3783) | dsnyder@foxsrothchild.com |
| SNELL & WILMER L.L.P. | |
| 3883 Howard Hughes Parkway, Suite 1100 | *Attorneys for Defendants William Weidner and David Jacoby* |
| Las Vegas, Nevada 89169 | |
| Telephone: (702) 784-5200 | |
| Facsimile: (702) 784-5252 | |
| bolson@swlaw.com | |

*/s/ Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jodi Fonfa, as Executrix to Decedent Estate of Andrew S. Fonfa*

**IT IS SO ORDERED.**

DATED March 13, 2024

_____
UNITED STATES DISTRICT JUDGE