Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Damion D.D. Robinson *(admitted pro hac vice)*
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
   dreynolds@diamondmccarthy.com
   damion.robinson@diamondmccarthy.com
   melissa.marrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP,<br><br>Defendants. | Case No.: 2:19-cv-00595-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE PARTIES TO SUBMIT THEIR JOINT DEPOSITON DESIGNATIONS OBJECTIONS CHARTS (AND COLOR-CODED TRANSCRIPTS) [ECF NO. 468]**<br><br>**(SECOND REQUEST)** |

Plaintiff Snow Covered Capital, LLC ("*SCC*") and Defendants William Weidner ("*Weidner*") and the Estate of Andrew Fonfa (collectively, the "*Parties*") hereby stipulate to an additional five-day extension for the parties to file their Joint Deposition Designations Objections Chart (and Color-Coded Transcripts) from the current due date of March 15, 2024 to March 20, 2024 by 5 p.m.

The Parties recently participated in a nine (9) day bench trial before Judge Gordon from February 26, 2024 through March 7, 2024.  On the last day of trial, the Parties agreed on a March 12, 2024 deadline to submit their Joint Deposition Designations Objections Chart for six witnesses

1  that would be testifying at trial via deposition. ECF No. 466 at 4. On March 13, 2024, the Parties submitted a Stipulation and Order for Extension of Time for the Parties to Submit Their Joint Deposition Designations Objections Charts, requesting this Court extend the deadline by three days. ECF No. 468. The Court subsequently granted the extension request. ECF No 469.

The Parties are requesting an additional five-day extension to submit the Joint Deposition Designation Objections Charts (and Color-Coded Transcripts) on March 20, 2024 by 5 p.m. This is the second request for an extension of this deadline.

The Parties have been diligently working on their respective responses to the opposing party's objections and have exchanged some information but require additional time to consolidate (and confer on) all the various responses to the deposition objections for these six witnesses. The parties, therefore, seek an additional five (5) day extension in which to file their Joint Deposition Designations Objections Chart (and Color-Coded Transcripts).

**IT IS SO STIPULATED.**

DATED this 19th day of March 2024.                    DATED this 19th day of March 2024.

| */s/ James D. McCarthy* | */s/ Oliver J. Pancheri* |
|---|---|
| James D. McCarthy (*admitted pro hac vice*) | Oliver J. Pancheri (NV Bar No. 7476) |
| MaryAnn Joerres (*admitted pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| David Reynolds (*admitted pro hac vice*) | HOLLEY DRIGGS |
| Damion D.D. Robinson (*admitted pro hac vice*) | 300 South 4th Street, Suite 1600 |
| Melissa Marrero (*admitted pro hac vice*) | Las Vegas, NV 89101 |
| DIAMOND MCCARTHY, LLP | Telephone: (702) 791-0308 |
| 2711 North Haskell Avenue, Suite 3100 | Facsimile:  (702) 791-1912 |
| Dallas, Texas 75204 | opancheri@nevadafirm.com |
| Telephone: (214) 389-5300 | nsantoro@nevadafirm.com |
| Facsimile: (214) 389-5399 | |
| jmccarthy@diamondmccarthy.com | and |
| mjoerres@diamondmccarthy.com | |
| dreynolds@diamondmccarthy.com | David Brian Snyder *(admitted pro hac vice)* |
| damion.robinson@diamondmccarthy.com | FOX ROTHSCHILD |
| melissa.marrero@diamondmccarthy.com | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103 |
| *Attorneys for Plaintiff/Counter Defendant Snow Covered Capital LLC* | Telephone: (215) 299-2000 |
| | Facsimile:  (215-299-2150 |
| | dsnyder@foxsrothchild.com |

and

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
bolson@swlaw.com

*Attorneys for Defendants William Weidner and David Jacoby*

DATED this 19th day of March 2024.

/s/ *Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jodi Fonfa, as Executrix to Decedent Estate of Andrew S. Fonfa*

**IT IS SO ORDERED.**

DATED  March 20, 2024

_____
UNITED STATES DISTRICT JUDGE

3