Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Damion D.D. Robinson *(admitted pro hac vice)*
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
            mjoerres@diamondmccarthy.com
            dreynolds@diamondmccarthy.com
            damion.robinson@diamondmccarthy.com
            melissa.marrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, <br><br> Defendants. | Case No.: 2:19-cv-00595-APG-NJK <br><br> **STIPULATION AND ORDER FOR WITHDRAWAL AND STRIKING OF ECF NOS. 474, 476, AND 477** |

Plaintiff Snow Covered Capital, LLC ("*SCC*") and Defendants William Weidner ("*Weidner*") and the Estate of Andrew Fonfa (collectively, the "*Parties*") hereby stipulate for the withdrawal and the striking from the record of **ECF Nos. 474**, **476**, and **477**.

On March 20, 2024, SCC filed the Joint Submission of their Respective Deposition Designations and the Parties' Objections Charts for the Deposition Designations (ECF No. 474).

1072247

This late-night filing inadvertently included two exhibits as part of the stipulation that should have been filed separately because Defendants object to their inclusion in the stipulation and the exhibits were not approved and/or authorized by the Defendants.[1] (ECF No. 474 at Exs. 4 and 5). SCC subsequently filed Two Notices of Corrected Image/Document (ECF Nos. 476, 477) on March 21, 2024 in an effort to cure the March 20th pleading by removing the two exhibits, but references to the removed exhibits remain in the March 21st submissions. Therefore, the Parties have agreed to withdraw all three filings (ECF Nos. 474, 476, and 477), for the Court to strike these filings, and to refile the correct joint pleading as approved by all Parties.

The Parties hereby stipulate to an additional two (2) day extension to re-file their Joint Submission of their Respective Deposition Designations and the Parties' Objections Charts for the Deposition Designations from the current date of March 20, 2024 to March 22, 2024 by 5 p.m.

**IT IS SO STIPULATED.**

DATED this 22nd day of March 2024.          DATED this 22nd day of March 2024.

*/s/ James D. McCarthy*                               */s/ Oliver J. Pancherri*

| | |
|---|---|
| James D. McCarthy (*admitted pro hac vice*) | Oliver J. Pancheri (NV Bar No. 7476 |
| MaryAnn Joerres (*admitted pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| David Reynolds (*admitted pro hac vice*) | HOLLEY DRIGGS |
| Damion D.D. Robinson (*admitted pro hac vice*) | 300 South 4th Street, Suite 1600 |
| Melissa Marrero (*admitted pro hac vice*) | Las Vegas, NV 89101 |
| DIAMOND MCCARTHY, LLP | Telephone: (702) 791-0308 |
| 2711 North Haskell Avenue, Suite 3100 | Facsimile:  (702) 791-1912 |
| Dallas, Texas 75204 | opancheri@nevadafirm.com |
| Telephone: (214) 389-5300 | nsantoro@nevadafirm.com |
| Facsimile: (214) 389-5399 | |
| jmccarthy@diamondmccarthy.com | and |
| mjoerres@diamondmccarthy.com | |
| dreynolds@diamondmccarthy.com | David Brian Snyder *(admitted pro hac vice)* |
| damion.robinson@diamondmccarthy.com | FOX ROTHSCHILD |
| melissa.marrero@diamondmccarthy.com | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103 |
| *Attorneys for Plaintiff/Counter Defendant Snow Covered Capital LLC* | Telephone: (215) 299-2000 |
| | Facsimile:  (215-299-2150 |
| | dsnyder@foxsrothchild.com |

---

[1] SCC will separately file those materials to which Defendants object.

- 2 -

and

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
bolson@swlaw.com

*Attorneys for Defendants William Weidner and David Jacoby*

DATED this 22nd day of March 2024.

/s/ *Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jodi Fonfa, as Executrix to Decedent Estate of Andrew S. Fonfa*

**IT IS SO ORDERED.**

DATED March 25, 2024

_____
UNITED STATES DISTRICT JUDGE