Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
Damion Robinson (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
       mjoerres@diamondmccarthy.com
       dreynolds@diamondmccarthy.com
       melissa.marrero@diamondmccarthy.com
       Damion.robinson@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No.: 2:19-cv-00595-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING** |
| WILLIAM WEIDNER, ANDREW FONFA, DAVID JACOBY, and LUCKY DRAGON LP, | |
| Defendants. | |

Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants William Weidner and the Estate of Andrew Fonfa (collectively the "Parties") hereby stipulate to the following protocol for post-trial briefing in this case:

1. The Parties' post-trial briefs will be due by 5:00 p.m. Pacific time on the twenty-first (21st) day following the delivery of the last certified trial transcript.

1075216

2. The parties' briefs will be limited to fifteen (15) pages, *provided that* each party reserves the right to ask this Court for additional pages, should that party believe it to be necessary.

**IT IS SO STIPULATED.**

DATED this 25th day of March 2024.

| */s/ James D. McCarthy* | */s/ Nicholas J. Santoro* |
|---|---|
| James D. McCarthy (*admitted pro hac vice*) | Oliver J. Pancheri (NV Bar No. 7476) |
| MaryAnn Joerres (*admitted pro hac vice*) | Nicholas J. Santoro (NV Bar No. 0532) |
| David Reynolds (*admitted pro hac vice*) | HOLLEY DRIGGS |
| Melissa Marrero (*admitted pro hac vice*) | 300 South 4th Street, Suite 1600 |
| Damion Robinson (*admitted pro hac vice*) | Las Vegas, NV 89101 |
| DIAMOND MCCARTHY, LLP | Telephone: (702) 791-0308 |
| 2711 North Haskell Avenue, Suite 3100 | Facsimile: (702) 791-1912 |
| Dallas, Texas 75204 | opancheri@nevadafirm.com |
| Telephone: (214) 389-5300 | nsantoro@nevadafirm.com |
| Facsimile: (214) 389-5399 | |
| jmccarthy@diamondmccarthy.com | and |
| mjoerres@diamondmccarthy.com | |
| dreynolds@diamondmccarthy.com | David Brian Snyder (*admitted pro hac vice*) |
| melissa.marrero@diamondmccarthy.com | FOX ROTHSCHILD |
| Damion.robinson@diamondmccarthy.com | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103 |
| *Attorneys for Plaintiff Snow Covered Capital LLC* | Telephone: (215) 299-2000 |
| | Facsimile: (215-299-2150 |
| And | dsnyder@foxsrothchild.com |
| | |
| Bob L. Olson (NV Bar No. 3783) | *Attorneys for Defendant William Weidner* |
| SNELL & WILMER L.L.P. | |
| 3883 Howard Hughes Parkway, Suite 1100 | |
| Las Vegas, Nevada 89169 | |
| Telephone: (702) 784-5200 | |
| Facsimile: (702) 784-5252 | |
| bolson@swlaw.com | |

- 2 -

*/s/ Robert Hernquist*
Robert Hernquist (NV Bar No. 10616)
Mark Gardberg (NV Bar No. 10879)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
rwh@h2law.com
mg@h2law.com

*Attorneys for Defendant Jodi Fonfa, as Executrix to Decedent Estate of Andrew S. Fonfa*

**IT IS SO ORDERED.**

DATED _____March 26\_\_\_\_\_, 2024.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing **STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 25th day of March 2024.

\_\_\_*/s/ James D. McCarthy*_____
An Employee of Diamond McCarthy, LLP