UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>  Plaintiff<br><br>v.<br><br>WILLIAM WEIDNER, et al.,<br><br>  Defendants | Case No.: 2:19-cv-00595-APG-NJK<br><br>**Order Granting in Part and Denying in Part Stipulation**<br><br>[ECF No. 490] |

The parties stipulate to (1) extend their time to file post-trial briefs, and (2) increase the length of those briefs. ECF No. 490.  I grant the extension of time but deny the request for lengthier briefs.

I previously granted SCC's request to increase the length of its memorandum regarding post-foreclosure damages to 37 pages. ECF No. 396.  After filing that brief, SCC filed a 25-page opposition to the defendants' memorandum on that same issue. ECF No. 404.  That opposition repeated, in many places *verbatim*, the arguments set forth in SCC's original memorandum. *See* ECF No. 404 at 12-15, 17-21.  And SCC offers no reason why it needs extra pages to address the narrow issue for post-trial briefs that I stated on the record.  "Brevity is the soul of wit." William Shakespeare, *Hamlet* act 2, sc. 2, l. 90 (circa 1599).  I expect the parties to be very witty.  I deny the stipulation to increase the page limits of the post-trial briefs.

I THEREFORE ORDER that the parties' stipulation **(ECF No. 490) is granted in part**. The parties' post-trial briefs are due by 5:00 PDT on May 10, 2024.  Those briefs will not exceed 15 pages in length.

DATED this  day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE