Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*via pro hac vice*)
Melissa Marrero (*via pro hac vice*)
Damion Robinson (*via pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
melissa.marrero@diamondmccarthycom
damion.robinson@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No: 2:19-cv-00595-APG-NJK |
| Plaintiff, | |
| vs. | **PLAINTIFF SNOW COVERED CAPITAL LLC'S MOTION TO WITHDRAW DAVID REYNOLDS AS SCC COUNSEL OF RECORD** |
| WILLIAM WEIDNER, et al., | |
| Defendants. | |

Pursuant to LR IA 11-6, Plaintiff Snow Covered Capital LLC ("SCC") respectfully requests leave to withdraw David Reynolds as an attorney of record for Plaintiff. Mr. Reynolds is no longer with the firm of Diamond McCarthy LLP and will not be participating further in the above-captioned litigation. The remaining attorneys at Diamond McCarthy, LLP, and Snell & Wilmer, L.L.P. will continue to represent SCC in this matter.

///

///

///

4904-4130-9740

1    This withdrawal is not intended to delay, and will not delay, these proceedings.

Dated: March 25, 2025.                    Respectfully submitted,


DIAMOND MCCARTHY, LLP

     /s/ James D. McCarthy
James D. McCarthy (*pro hac vice*)
Melissa Marrero (*pro hac vice*)
Damion Robinson (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Phone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
       melissa.marrero@diamondmccarthy.com
       Damion.robinson@diamondmccarthy.com

-- and –

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

*Attorneys for Plaintiff Snow Covered Capital LLC*


**IT IS SO ORDERED**


_____
United States Magistrate Judge

DATED: __March 27__, 2025

- 2 -

4904-4130-9740